IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHYLLIS M. DETTMER                    *

            Plaintiff                *

                                     *

        vs.                          *          CIVIL ACTION NO. MJG-02-2595

                                     *

CONSTELLATION POWER SOURCE           *
GENERATION, INC.                     *

            Defendant                *

*       *       *       *       *       *       *       *       *

## MEMORANDUM AND ORDER

The Court has before it the Motion of Defendant for Mental
Examination of Plaintiff and Motion to Shorten Time as well as
the materials submitted relating thereto.  The Court finds that a
hearing is unnecessary.

Plaintiff is suing on the theory that she suffered from a
mental disability that was not adequately accommodated by the
Defendant.  There is no doubt that Plaintiff has placed her
mental condition at issue.  It would not be reasonable to require
Defendant to defend based upon Plaintiff's medical records
without the benefit of an independent examination by a qualified
professional.  Accordingly, under Rule 35(a) of the Federal Rules
of Civil Procedure this Court may, and shall, Order that
Plaintiff shall submit to a mental examination by the qualified
practitioner designated by Defendant.

The Court shall adjust the deadlines in the Scheduling Order in light of its grant of an independent mental examination.

For the foregoing reasons:

1. The Motion of Defendant for Mental Examination of Plaintiff is GRANTED.

2. Plaintiff shall, at a mutually convenient time by March 10, 2003, appear for a mental examination and evaluation by Christiane Tellefsen, M.D.

3. The deadline for Defendant to make its Rule 26(a)(2) expert disclosures is hereby extended to a date fifteen business days after the aforesaid mental examination and evaluation.

4. The deadline for Rule 26(e)(2) supplementation of disclosures is extended to a date eight business days after Defendant's disclosures are made.

5. The requested admissions and dispositive motion deadlines are hereby extended to February 27, 2003 and March 31, 2003, respectively.

SO ORDERED this _10th_ day of February, 2003.

_____
Marvin J. Garbis
United States District Judge