IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHYLLIS M. DETTMER          *

    Plaintiff          *

v.          *

CONSTELLATION POWER SOURCE          *          Civil Action No. MJG02-2595
GENERATION, INC.
              *
    Defendant

\* \* \* \* \* \* \* \*

## ORDER

Upon review of the Motion of the Defendant Constellation Power Source Generation Inc for Summary Judgment and/or to Dismiss, and any opposition thereto, it is this _____ day of _____, 2003 ORDERED, that the Motion is GRANTED.

_____
JUDGE