EXHIBIT

7

| ES | WMD | UP | GC | NTJ |

# U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Baltimore District Office
105 Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270

## Discharge, Job Elimination, or Layoff

*This form is affected by the Privacy Act of 1974; see Privacy Act statement on the last page before completing this form.

You have alleged that you were illegally discriminated against by being discharged, having your job eliminated, or being laid off by your employer. We need the following information from you. Please note that whatever basis you are alleging in your charge, show that same basis for other individuals and your witnesses. If you allege that you were discriminated against because of your sex, identify the sex of other individuals and witnesses. If you allege that you were discriminated against because of your age and race, indicate the age and race of other individuals and witnesses. If you need more space to answer any of these questions, you may use the backs of these pages, or attach additional sheets.

Please think carefully before answering each question because you are asked at the end to declare under penalty of perjury that your answers are correct. Making a statement that you know to be false may be grounds for the Commission to dismiss your charge.

Your name: PHYLLIS M. DEITHER    Date: SEPT. 10, 2001
Address: 108 CHERRY VALLEY RD.
ZIP Code: 21136-3202  City: REISTERSTOWN  State: MD
Home phone (with area code): 410-526-0542
Work phone (with area code): NONE
Soc Sec No: _____



Name of employer, employment agency, or organization that discriminated against you:
Name: CONSTELLATION POWER SOURCE GENERATION
Address: 1000 BRANDON SHORES RD
ZIP Code: _____  City: PASADENA  State: MD  County: ANNE ARUNDEL
Main Phone (with area code): 410-787-5000
Your: Date of Birth_____  Age 44  Sex FEMALE
Race CAUCASIAN  National Origin USA  Religion CATHOLIC
What type of business does the employer engage in? POWER GENERATION & MARKETING

00014

Supervisor's Title: _____ DIRECTOR _____

Unit, department or division: _____ PROCUREMENT SERVICES UNIT _____

Number of employees in department or division: _____ APPROX. 20 _____

Number of employees with the same job title: _____ 2 _____

Name of the head of the organization: CHUCK SHIVERY _____

Title of the head of the organization: CEO _____

Give us the following information for any witnesses who will provide evidence to support your allegations:

| | |
|---|---|
| Name:_____ | Name:_____ |
| Home phone:(   )_____ | Home phone:(   )_____ |
| Work phone:(   )_____ | Work phone:(   )_____ |
| Address:_____ | Address:_____ |
| _____ | _____ |
| Nature of the evidence they will provide:_____ | Nature of the evidence they will will provide:_____ |

Have you sought assistance from any other government agency, union, attorney or other source? ( ✓ ) yes ( ) no

Name of source of assistance: HUMAN RELATIONS COMMISSION & ATTORNEY, RALPH HALL

Results, if any:_____

Have you filed an EEOC charge in the past? Yes ( )    No ( ✓ )

If yes, provide: Date filed_____ Charge number_____

Organization charged_____

Results, if known: _____

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge.

Signature: _____

Date: _____ Sept 10, 2001 _____

000147

Address: 108 CHERRY VALLEY RD _____ County: BALTIMORE
RESTERSTOWN, MD. 21136

1. What was the date of your discharge? FEB. 1, 2001

2. Were you a probationary employee at the time of your discharge?
Yes ✓    No ____    DATE OF HIRE 12/15/80

3. Provide the name(s) and job title(s) of the individual(s) who recommended discharging you: JOANN LINGNER — DIRECTOR
DAVE SNYDER — DEPT. MANAGER

Also provide the following for the above individual(s):
Race ? _____ Color W/W _____ National origin U.S.
Sex F/M _____ Religion ? _____ Age ? 46+

4. What is the employer's stated reason for discharging you? _____
GROSS MISCONDUCT.

5. Why do you think that the employer's stated reason for discharging you is unfair or discriminatory? I HAVE DOCUMENT PROOF FROM 3 DIFFERENT PHYSICIANS THAT I SUFFER FROM MAJOR DEPRESSION AND AM BEING TREATED. PHYSICIANS PROVIDED DIAGNOSIS TO COMPANY MEDICAL DEPT.
Please submit a copy of any letters or notices from your employer concerning MY APPRO this discharge.

6. What explanation for your performance or conduct did you give your employer? THAT I WAS SUFFERING FROM DEPRESSION (MAJOR) AND IT HAS AFFECTING MY ABILITY TO RISE / GET OUT OF BED — AT ANY TIME.

7. To your knowledge, did the employer conduct any investigation which took into account your explanation? Yes ✓ No ____

If yes, please explain when the investigation occurred, who conducted the investigation and any details relating to the outcome of that investigation: _____
ALL I KNOW IS THAT THE MEDICAL DEPT. REQUESTED I SIGN RELEASE FORMS FOR INFO. FROM MY DOCTORS → TURN PAG

8. What is the employer's discharge policy? _____

000143

WHICH I DID. I'VE BEEN VERY HONEST FROM THE BEGINNING AND WANTED THEM TO HAVE AS MUCH INFORMATION AS POSSIBLE. AS REQUESTED, MY DOCTORS COMPLIED IN WRITING. I NEVER MET DIRECTLY WITH THE MEDICAL DEPT., THEY NEVER REQUESTED A MEETING WITH ME. I OCCASIONALY RECEIVED SMALL BITS OF INFORMATION FROM THE MEDICAL DISPENSARY (ON SITE) PHYSICIANS ASSISTANT.

SOMETIME LATER MY DEPARTMENT MANAGER, DAVE SNYDER, INFORMED ME THAT THE MEDICAL DEPT. CHOSE TO DISAGREE WITH MY PHYSICIANS; THAT MY DEPRESSION HAD NO BEARING ON MY ABILITY TO ARRIVE AT WORK BY THEIR NEWLY SPECIFIED TIME OF 8:00 INSTEAD OF PREVIOUSLY ARRANGED FLEXIBLE HOURS.

SHORTLY AFTER THIS ANNOUNCEMENT THEY (MEDICAL) REQUESTED THAT I SEE A PSYCHIATRIST OF THEIR CHOOSING, I AGREED, AGAIN, IN MY ATTEMPT TO OFFER AS MUCH INFO AS POSSIBLE. I THEN ASKED THEM WHY THEY MADE THIS REQUEST AND MEDICAL STATED IT WAS FOR A "SECOND OPINION".     NOTE: THIS IS AFTER THEY ALREADY DISAGREED.

I SAW DR. DVOSKIN, WE MET FOR 1 HOUR AND HE STATED WOULD SEND A REPORT AND VERBALLY AGREED WITH MY PHYSICIANS.
I LATER ASKED FOR A COPY OF THIS REPORT AND THEY DIDN'T WANT TO PROVIDE IT. EVENTUALLY DID RECEIVE A COPY BUT TO MY DISMAY FOUND THAT HE NOT ONLY SENT A REPORT BUT INCLUDED A RECORD OF EVERY QUESTION ASKED AND EVERY ANSWER PLUS DISCUSSION — VERBATIM.

THEY STILL CHOSE TO DISAGREE . . . .

9. Does the employer have a written set of work rules?
   Yes ✓  No____

   If yes, how were you made aware of the employer's discharge policy and
   work rules? VERBALLY FROM JoAnn LINGER (DIRECTOR) AND
   DAVE SNYDER (DEPT. MANAGER)
   _____

10. Were you warned, disciplined, suspended, formally counseled, or informally
    counseled before this discharge of any violations of your employer's rules?
    Yes ✓  No____      Total Number of Warning(s) 6

    Date of Warning/Discipline/Counseling 3/24/00 , 3/37/00 , 6/7/00
    Nature of Warning/Discipline/Suspension - Oral/Written? WRITTEN
    Who gave the Warning/Discipline? JoAnn LINGNER
    For the person who gave the warning/discipline/suspension, provide the
    following:
    Race ? Color WHITE National origin U.S.
    Sex FEMALE Religion ? Age ? - 46+
    Reason for Warning/Discipline? STATED EXCESSIVE LATENESS
    _____

    Date of Warning/Discipline 8/7/00 , 9/11/00 , 4/3/00
    Nature of Warning/Discipline/Suspension - Oral/Written? WRITTEN
    Who gave the Warning/Discipline? JoAnn LINGNER
    For the person who gave the warning/discipline/suspension, provide the
    following:
    Race____ Color WHITE National origin U.S
    Sex FEMALE Religion ? Age ? - 46+
    Reason for Warning/Discipline? STATED EXCESSIVE LATENESS

12. If you have it, please attach a copy of any written procedure or policy you
    employer has with respect to discipline/discharge. If you do not have it,
    where can we obtain a copy? If not written, what is the practice or your
    understanding of it? YOU MAY OBTAIN A COPY FROM... HUMAN RESOURCES (?)
    CONSTELLATION POWER SOURCE GENERATION.
    _____

13. Name any other employees you are aware of (in a position comparable to
    yours, who engaged in conduct or performance similar to the conduct or
    performance you were accused of engaging in) who were not discharged:

    A.  Name: _____
        Age_____ Race_____ Sex _____
        National origin _____ Religion ____

000150

Job Title:_____

Supervisor's Name and Job Title:_____

Conduct/Performance: _____

Discipline received (if any):_____

Date of Discipline (if applicable):_____

B.    Name: _____

Age_____ Race_____ Sex _____

National origin _____ Religion _____

Job Title:_____

Supervisor's Name and Job Title:_____

Conduct/Performance: _____

Discipline received (if any):_____

Date of Discipline (if applicable):_____

14.    Name any other employees you are aware of (in a position comparable to yours, who engaged in conduct or performance similar to the conduct or performance you were accused of engaging in) who were also terminated, or given the same or worse discipline than you:

A.    Name: _____

Age_____ Race_____ Sex _____

National origin _____ Religion _____

Job Title:_____

Supervisor's Name and Job Title:_____

Conduct/Performance: _____

Discipline received (if any):_____

Date of Discipline (if applicable):_____

B.    Name:_____

Age_____ Race_____ Sex _____

National origin _____ Religion _____

Job Title:_____

Supervisor's Name and Job Title:_____

Conduct/Performance: _____

Discipline received (if any):_____

Date of Discipline (if applicable):_____

15.    If the reason given by your employer for your termination was related to reorganization for economic reasons, what if any are your objections to your employer's reasoning? _____

000191

6.    If applicable to your situation, what is your employe_____

procedure for downsizing or reducing the workforce? _____

_____

17. If a reduction in force, what reason did your employer give for letting you
go? Why were others retained?_____

_____

If the employer gave a reason for your discharge related to a reduction in
force or reorganization, can you name any employee(s) who you felt should
have been terminated before you?

Name_____ Race _

_____Color_____Age_____
Religion _____ Sex_____ National origin _____
Job/Department _____
Reason why you believe this person should have been terminated before you?_

_____

_____

19. Please describe the severance package that you were given when you were
discharged. _____

_____

_____

Please describe your employer's standard severance package. _____

_____

If yours is different from the standard package, explain why you believe you
were given different terms. _____

_____

Because we need to be able to make a rough estimate of the money, if any,
which you lost because of the action taken against you, please list the jobs
you have held since this action was taken against you.

A. Starting Date _Nov. 24, 2000_ Ending Date __—__
Name of Employer _PETS MART_
Starting Pay _6.25_ Ending/Present Pay _7.00_

000152

B.★ Starting Date _MAY 29, 2001_ Ending Date _JULY 17, 2001_
Name of Employer _AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS_
Starting Pay _$22.00_ Ending/Present Pay _$22.00_

C.    Starting Date _____ Ending Date _____
      Name of Employer _____
      Starting Pay _____ Ending/Present Pay

D.    Starting Date _____ Ending Date _____
      Name of Employer _____
      Starting Pay _____ Ending/Present Pay

23.   Does your employer maintain a policy where employment disputes must be
      resolved in a forum such as through binding arbitration? Yes ( )   No ( )

      If yes, attach a copy of the agreement. If you do not have a copy, where can
      we obtain one? Briefly describe the terms of the agreement as you under-
      stand them, and indicate when it was presented to you. _____
      _____
      _____

23.   If you have other information you wish to present to the Commission at this
      time that will help us understand the circumstances surrounding your
      discharge, please use the space below. _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

0001



*Appt* 10/30/01 @ 8:30   M. M.
*Office*                  TI

| ES | WMD | UP | GC | NTJ |



## U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Baltimore District Office

10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
PH: (410) 962-3932
TDD: (410) 962-6065
FAX: (410) 962-4270

## Americans with Disabilities Act ("ADA")

*This form is affected by the Privacy Act of 1974; see Privacy Act statement on the last page before completing this form.

### ***ALL INFORMATION ON THIS PAGE IS REQUIRED***

Your name: PHYLLIS M. DETTMER                Date: 01/15/02
Address: 108 CHERRY VALLEY RD
ZIP Code: 21136        City: REISTERSTOWN        State: MD
Home phone (with area code): (410) 526-0542    Best time to call: AM-9 /2 PM
Work phone (with area code): (  )              Best time to call:
Soc Sec No:

Name of employer, employment agency, or organization that discriminated against you:
Name: CONSTELLATION POWER SOURCE GENERATION
Address: 1000 BRANDON SHORES RD
ZIP Code:          City: PASADENA         State: MD
Main Phone (with area code): (410) 787-5000

Your Date of Birth:          Age: 44      Sex: FEMALE
Race: WHITE                National origin: USA      Religion: CATHOLIC
What type of business does the employer engage in? ELEC. GENERATION & MARKETING

Number of employees (circle one):

1 to 14      15 to 100      101 to 200    201 to 500    (More than 500)

Beginning on the next page, you will be provided with definitions of terms that the EEOC uses when determining whether a person has been discriminated against because of a disability. You also need to know these terms in order to answer our questions. If after reading through these definitions, you still cannot understand some or all of the questions, please contact this office at (410) 962-3932 or (800) 669-4000 for assistance.

Information and Definitions

The Americans With Disabilities Act of 1990 ("ADA") protects qualified individuals with a disability from employment discrimination. An individual is covered by the ADA if they: (1) have a physical or mental impairment that substantially limits one or more major life activities; or (2) have a record of having had such an impairment; or (3) are regarded as having such an impairment.

(1) (a) In general, a physical impairment is one that can be called a physiological disorder      or condition, a cosmetic disfigurement, or an anatomical loss that affects one or more system(s) of the body. Examples of some recognized physical impairments are blindness, deafness, diabetes, AIDS, HIV, tuberculosis, Crohn's disease, multiple sclerosis, muscular dystrophy, mobility impairments, serious or chronic back injuries or      impairments, cerebral palsy, cardiac problems, endolymphatic hydrops, Epstein-Barr virus (mononucleosis), chronic fatigue immune dysfunction syndrome, polycystic kidney disease, hypothyroidism, and obesity (but only when caused by systemic or metabolic factors).

(b) In general, a mental impairment can be any recognized mental or psychological disorder. Examples of some recognized mental impairments are chronic depression, schizophrenia, manic depression, organic brain syndrome, emotional illness, mental illness, a learning disability, mental retardation, and autism.

The condition must, as the name suggests, *impair* performance of a function, rather than      merely exist. Therefore, physical *characteristics* such as left-handedness, crossed eyes, and height, weight, and strength capabilities within the normal range ARE NOT considered disabilities, as are *temporary impairments* such as pregnancy, a broken leg, or other transitory conditions.

*Note that there are also many permanent conditions NOT covered by the ADA. These      include homosexuality, bisexuality, transvestism, transsexualism, pedophilia, exhibitionism, voyeurism, gender identity disorders not resulting from physical impairments, or other sexual behavior disorders, compulsive gambling, kleptomania, pyromania, and psychoactive substance use disorders resulting from current illegal use of drugs. We do understand that this can be confusing, so if you are having trouble defining your particular disability, please feel free to call this office.

(2) An individual with a record of having a physical or mental impairment is one who has      a prior history of having a physical or mental impairment, but no longer suffers from that      impairment at the present time. Examples of these impairments include mental illness, cancer in remission, heart disease, and past improper classification of mental

3

(3) An individual who is <u>regarded as having a physical or mental impairment</u> is one does not have, and may never have had, a mental or physical impairment that qualifies as a disability, but who are <u>perceived</u> as having such a disability. Examples of this of impairment are being a carrier of Hepatitis B, an undisclosed transitory illness requiring frequent absences from work, <u>minor</u> back and knee problems, <u>prior</u> drug use, and testing positive for HIV or AIDS yet being completely asymptomatic. In certain situations, obesity may also cause an individual to be regarded as having a disability.


I.    <u>Basis/Bases</u>

Now that you have read the above information, check the factor(s) that you believe caused the harmful action against you. In the brackets following each choice are the page numbers that specific questions for each choice may be found on, as well as required questions for all choices. In most cases, you will not need to fill out the entire questionnaire.

( ✓ ) Disability [pp. 4-5, 17-18]
(    ) Have a record of having a disability [pp. 4-6, 17-18]
(    ) Am regarded as having a disability [pp. 4-6, 17-18]
(    ) Retaliation for having complained about disability discrimination [pp. 7, 17-18]
(    ) Association with a person who has a disability [pp. 7-8, 17-18]
(    ) The organization asks disability-related questions on its application and/or in its interviews ("prohibited medical inquiry") [pp. 8, 17-18]
(    ) Other (explain): _____
        [pp. 4-5, 17-18, plus any other questions you believe to be appropriate]

II. <u>Reasons</u>

I have been told that (check all that apply):

(

17-

(


11-


(

( )

4.

## I. Basis/ Bases

## Disability

Please provide the following information about yourself:

a. The diagnosis and prognosis for your medical condition: MAJOR DEPRESSIVE DISORDER, CHRONIC ( ~~Sad~~ SINGLE EPISODE) DYSTHYMIC DISORDER / DOCTOR FEELS CAN BE IMPROVED

b. What, if any, major life activities are impacted by your medical condition, and how they are substantially limited. (Examples of major life activities include walking, lifting, breathing, hearing, etc.): SLEEPING .... ALL OF THE TIME HAVE NO DESIRE TO DO ANYTHING, HAVE NO MORE "OUTSIDE" FROM WORK ACTIVITIES. NOT EVEN PAYING BILLS TO MEET OBLIGATIONS

If you are only affected by this condition AT WORK, please explain: _____

_____

_____

_____

_____

_____

_____

c. How long you have had this medical condition: AT LEAST 3 YEARS

d. Do you have any medical restrictions and for how long: NONE

e. What treatment you have received to date - medication, physical therapy, surgery, etc.: THERAPIST: RAY MOSKO → CONSTELLATION POWER SOURCE GENERATION GEN PRACTITIONER: CHRISTINE COMMERFORD. WAS PLACED ON PAXIL BY MY G.P. PER SUGGESTION MADE BY COMPANY THERAPIST RAY MOSKO. CHANGED TO EFFEXOR XR AND FOR A TIME WAS ALSO TAKING WELLBUTRIN IN ADDITION TO THE EFFEXOR XR. CHANGED THERAPIST: ROBIN HALLER

f. Have you been told by your doctor or other medical professional that your disability

5

g. Describe how, when and which management officials became aware of your disability :

Name: MICHAEL ONEFERU-BEY
Job title: WORK LEADER                    Date: FEB, 2000
Circumstances: HAD CONVERSATION WITH MICHAEL IN HIS OFFICE REGARDING MY ARRIVAL TIME TO WORK. EXPLAINED AT THAT TIME MY DISABILITY.
Name: JoANN LINGNER
Job title: SUPERVISOR                     Date: MARCH 2000 ? (APPROX)
Circumstances: WAS CALLED TO HER OFFICE, BELIEVE WAS GIVEN A CORRECTIVE ACTION. I TOLD HER AT THAT TIME OF DISABILITY. INFORMATION WAS NEVER PASSED ON.

h. Have any of the managers or supervisors for the organization made negative comments concerning your disability? If so, provide the name and title of each person making the comments and describe the comments in terms of what was said, when it was said, and identify any witnesses to the comments by name and job title:

Name: RAY MOSKO
Job title: THERAPIST                      Date: UNKOWN, POSS. LATER PART OF 2000
Circumstances: SUPPOSEDLY, JoANN LINGNER SOUGHT INFO. FROM RAY MOSKO REGARDING MY CONDITION AND HE TOLD HER THAT I WAS IMMATURE.
Witnesses: DAVE SNYDER, DEPARTMENT MANAGER


Name: JoANN LINGNER
Job title: SUPERVISOR                     Date: UNKNOWN
Circumstances: SAME AS ABOVE ... SHE THEN PASSED THAT INFORMATION TO THE DEPARTMENT MANAGER NEVER INFORMING HIM OF DISABILITY
Witnesses: DAVE SNYDER, DEPARTMENT MANAGER


## Record of Disability

If you are claiming that the discrimination against you is because you have a record of having a disability, answer the following questions.

0001

   a) What record of your disability exists (i.e., prior history)? _____

   _____

   b) Where is this record kept?

6

_____

_____

c) How is the organization aware of this record? _____

_____

d) Which official(s) of the organization is/are aware of this record?  List them by name
and title _____

_____

_____

e) How do you know that the organization and/or these officials acted against you
because of this record of a disability?  Who said/did what when/where, and are there any
witnesses? _____

_____

## Regarded as Disabled

If you are claiming that the discrimination against you is because the organization regards you
as disabled, answer the following questions.

a) Did the organization regard you as having a substantially limiting physical or mental
impairment, even though you do not?        ( ) Yes    ( ) No

If so, how do you know this? _____

_____

b) Who specifically thought of you as disabled?  List them by name and title _____

_____

c) What did this person(s) say or do that showed that they regarded you as substantially
impaired?  When/where did they say/do it, and were there any witnesses? _____

_____

_____

0001

## Retaliation

If you are claiming that the discrimination against you is because of retaliation for having
complained about illegal employment practices, answer the following questions.

a) What did you complain about prior to the retaliation?  When did you complain? __

_____

b) How had you tried to resolve your complaint? _____

_____

c) Why was your employer objecting to your complaint? _____

_____

d) How was your job affected? _____

_____

e) Explain why you believe this is discriminatory. _____

_____

## Association

If you indicated that your <u>association with a person with a disability</u> was the reason for your discriminatory treatment, answer the following questions.

a) Name the person(s) who is/are disabled _____

_____

b) What is your relationship(s) to this person(s) _____

_____

c) What is/are this person(s) disability(ies) _____

_____

d) Which official(s) of the organization know(s) of your association(s) with this person(s)?  Provide their names and titles _____

_____

e) What did he/she/they say or do that makes you believe that the organization acted against you because of your association with this disabled person(s)?  When and where did he/she/they say or do this, and do you have any witnesses? _____

_____

8

<u>Prohibited Medical Inquiry</u>

If you are claiming that the organization is discriminating against persons with disabilities by
making <u>prohibited medical inquiries</u>, answer the following questions.

a) Did the organization's job application include questions about your health, disability,
or workers' compensation history? . (  ) Yes    ( _ ) No

What specific questions were asked?  Attach a copy of the application if you have one:

_____
_____
_____

b) Did officials of the organization ask you questions about your health, disability, or
workers' compensation history <u>before</u> offering you a job?        (  ) Yes    (  ) No

Who asked you?  List by name and job title: _____
_____

What questions did they ask? _____
_____
_____

When/where were you asked? _____
_____
_____

**II.** <u>Reasons</u>

The ADA defines a <u>qualified individual with a disability</u> (QID) as:
"An individual who satisfies the requisite skill, experience, education and other
job-related requirements of the employment position such individual holds or
desires, and who, with or without reasonable accommodation, can perform the
essential functions of such position."

000101

<u>I am unable to perform my current job satisfactorily because of my disability</u>

9

_____

_____

_____

b) Has your physician placed any medical limitations or restrictions on you related to this job? ( ) Yes   ( ) No

If so, what type of restrictions were recommended and for what period of time?

_____

_____

_____

Are you still on these restrictions at the current time? ( ) Yes   (

c) Does the organization have a light duty program? ( ) Yes   (

If so, is this duty limited in any way (i.e. only to person who had on the job injuries, for a limited period of time, for certain categories of employees only)?
( ) Yes   ( ) No   ( ) I don't know

d) Provide the names, addresses and phone numbers of any doctors and/or therapists who have treated you in the past year for this disability. For each, indicate the period of time you were treated by this person: _____

_____

**I was not/will not be hired/promoted because of my disability**

a) ( ) Not hired (date: _____ )   ( ) Not promoted (date: _____ )

b) Position(s) applied for: _____

c) How did you find out about the opening/vacancy for the position(s)? _____

_____

d) When did you find out about the opening/vacancy? _____

e) How did you apply? ( ) By mail   ( ) In person   ( ) By telephone

f) Date(s) you applied: _____

10

g) Did you fill out an application?          ( ) Yes    ( ) No

h) Did you submit a resume?          ( ) Yes    ( ) No

I) Did you ask to be considered for the job, but not submit anything in writing?
          ( ) Yes    ( ) No
If so, who did you ask? _____

j) What are the qualifications for the job? How do you know?_____
_____
_____
_____
_____

k) What are the duties of the job? How do you know? _____
_____
_____
_____

l) Describe any oral or written tests you were given for the job: _____
_____
_____

Was anyone else given these tests besides you?  ( ) Yes ( ) No ( ) Don't know

m) Describe your qualifications for the job. If you have a résumé, attach it, but do not just answer this question by saying, "See résumé." We need a brief description in your own words what you believe your qualifications are._____
_____
_____
_____
_____

000103

n) If you were interviewed for the job, provide the name, job title and any significant   factors of the person who interviewed you (i.e., their race, sex, age, etc.):
_____
_____

p) Why do you think that the reason given to you is not a legitimate reason for not hiring/promoting you?_____

_____

_____

**The organization does not want to provide me with a reasonable accommodation**
                                    **AND/OR**
**The organization would like to provide me with a reasonable accommodation. But**
        **they claim they cannot because it is too expensive or impractical**

a) Are you otherwise qualified for the job you are seeking an accommodation for?
                              (✓) Yes    ( ) No

What are the qualifications for the job (education, experience, etc.)? How do you know? ___HAVE BEEN IN POSITION APPROX 5 YEARS OR MORE___
___TYPING, COMPUTER SKILLS, ORGANIZATION AND COMMUNICATION SKILLS___
___WAREHOUSE AND PROCUREMENT KNOWLEDGE___

b) What are your qualifications? Attach a résumé if you have it, but do not just answer this question by saying, "See résumé." We need a brief description in your own words what you believe your qualifications are: ___HAVE BEEN DOING JOB___
___APPROX 5 PLUS YEARS___

c) What are the essential functions, or basic duties of the job? How do you know? ___
___TYPING, COMPUTER SKILLS, ORG. AND COMMUNICATION SKILLS___
___WAREHOUSE AND PROCUREMEN KNOWLEDGE ... CUSTOMER SERVICE___
___HAVE BEEN DOING JOB APPROX 5 PLUS YEARS.___

d) Can you perform these essential functions, with or without reasonable accommodation (some help from the organization)? How do you know? ___YES___
          ___HAVE BEEN DOING JOB APPROX 5 PLUS YEARS___

_____

e) Would anyone else in the organization say that you could perform? YES Who? them by name, job title, and phone number: ___EVERYONE IN MY UNIT,___
___ABOUT 12 PEOPLE.  ART JOHNSON, DAVE DUNKLE? MICHAEL ONEFERU-BEY, DENISE GREEN,___
___MIKE JEFFREYS, KATHY VELKY, CHARLES DUCKETT, BETSY STEWART, GEORGE MONTGOMERY, FRANCA MURPH___

+ 7 WHSE.
EMPLOYEES.

12

f) Do you need a reasonable accommodation?   (✓) Yes   ( ) No

If so, what kind? Why do you need it? FLEXIBILITY IN ARRIVAL TIME .
DISABILITY PREVENTS ME FROM BEING ABLE TO "RISE" AS REQUIRED BY
SUPERVISOR.                           → AND ARRIVE AT WORK

Date(s) you requested accommodation(s): NUMEROUS TIMES VERBALLY -
                                         DATE UNKNOWN BUT -1;
Date(s) denied: UNKNOWN EXCEPT FOR 1  - 12/04/01    12/04/00

To whom you made the request(s): VARIOUS. ALL ARE LISTED BELOW

The name(s) and title(s) of the individual(s) that denied your accommodation(s): _
CYNTHIA LEWIS, DAVE SNYDER, JoANN LINGNER,
MEDICAL DEPT (ANGIE WILLIAMS, RAY MOSKO, SHEILA RHODES)
Reason(s) given by the organization for denial of your accommodation(s): .
NONE "MEDICAL" DEPT. DISAGREED WITH NUMEROUS DOCTORS      _
DIAGNOSIS AND SAID IT HAD NO BEARING ON MY ABILITY TO ARRIVE BY
DESIGNATED TIME OF 8.00 PM
** CO. THERAPIST TOLD SUPERVISION (JoAnn LINGNER) THAT I WAS JUST IMMATURE .

I) Does the organization know that you claim to have an ADA-defined disability,
and   are therefore entitled to an accommodation?   (✓) Yes   ( ) No

Who specifically in the organization has knowledge of your disability?  List them
by name and title: RAY MOSKO  - THERAPIST ( COMPANY EMPLOYEE)
MICHAEL ONEFERUF BEY - WORK LEADER
JoANNE LINGNER - SUPERVISOR     DAVE SNYDER - DEPT. MANAGER
ANGIE WILLIAMS - PHYSICIAN ASST.     ** MEDICAL DEPT. **
j) Are there witnesses and/or documents that would show that the organization does
know of your disability? ( ) Witnesses ( ) Documents (✓) Both ( ) None

List your witnesses by name, job title, and phone number: ROBIN HALLER (THERAPIST)
                                                           410-833-0220
( EMPLOYEE) - RAY MOSKO - THERAPIST     # ?
( PRIVATE PHYSICIAN) CHRISTINE COMMERFORD 410-788-4300    PHILIP DVOSKIN (PSYCHIATRIST) 410-433-7774
Attach the documents if you have them; if not, tell us what they say and where we
can find them: THEY STATE MY DISABILITY . SOME ALSO STATE WHAT OR
HOW CAN AFFECT.     CAN BE FOUND BY CONACTING PHYSICIANS NOTED
ABOVE .

0001

k) Did you suggest an accommodation for your disability?   (✓) Yes   ( ) No

13

What was it? REQUESTED VERBALLY AND IN WRITING, INTERMITTENT. FMLA.

How did you communicate your suggestion? Who did you speak to, and when did you speak to them? VERBALLY AND IN WRITING.

(VERBAL) RAY MOSKO - DATE ? CYNTHIA LEWIS (VERBAL). DATE. 12/04/00
(VERBAL) BARBARA CANNON - DATE ? ANGIE WILLIAMS - DATE ? ALSO IN WRITING

SENT E-MAIL TO: CYNTHIA LEWIS (HR) JoANN LINGNER, RAY MOSKO, SHEILA RHODES - ALAIN
REQUESTING INTERMITENT FMLA. DATE: 1/31/01

How did the organization respond? Who told you what, and when were you told? ___
>I WAS VERBALLY TOLD No AND WAS FIRED 1/31/01

l) Is the organization claiming that accommodating you would be too expensive or disruptive to their business?   (√) Yes    ( ) No

How and when was this communicated to you? By whom? JoAnn LINGNER
DAVE SNYDER
VERBALLY IN MEETINGS WHEN I WAS RECEIVING CORRECTIVE ACTIONS —

What the accommodation would cost: NOTHING BUT BEING FLEXIBLE

To your knowledge, is the organization in good financial shape?
                    (√) Yes    ( ) No    ( ) Don't know

Is it part of a larger organization?    (√) Yes    ( ) No    ( ) Don't know

If so, what is that organization's name? CONSTELLATION POWER

Is the larger organization in good financial shape?
                    (√) Yes    ( ) No    ( ) Don't know

How do you know the answers to the last four questions? Do you have any documents or witnesses to support your answers?
            ( ) Witnesses  ( ) Documents  (√) Both  ( ) None

List your witnesses by name, job title, and phone number: THE CORPORATION
STOCK REPORTS ECT...

Attach the documents if you have them; if not, tell us what they say and where we can find them: CONSTELLATION ENERGY GROUP

14

m) Is the organization arguing that an accommodation would disrupt its business?

( ) Yes     ( ) No     (✓) Don't know

How specifically would the organization be disrupted? _____

_____

_____

_____

Who told you this? When?  List them by name(s) and title(s): _____

_____

What is your response to this argument? _____

_____

_____

## I must take (and pass) a physical examination before I can start/continue to work

a) Were you asked to take a physical?     ( ) Yes     ( ) No
     If so, when did you take the physical? _____

b) Was this before or after you were given a job offer? ( ) Before     ( ) After

c) To your knowledge, has anyone else with the same job title been asked to take a physical examination?     ( ) Yes     ( ) No     ( ) Don't know

If so, provide their name(s) and phone number(s) (if you have them) here: _____

_____

_____

Are they disabled?          ( ) Yes     ( ) No     ( ) Don't know

Which official(s) told you to take the exam?  List by name and title: _____

_____

If you took the exam, what were the results? _____

_____

Did the organization refuse to hire you because of the exam results?  How do you know this was the reason? _____ 0001

_____

_____

15

Which official(s) told you that you were not hired, and when did they tell you?  List by name and title: _____

_____

d) Did the organization make you submit to a fitness for duty medical examination after you were employed?    ( ) Yes    ( ) No

When? _____

Which organization official(s) was involved?  List by name and title: _____

_____

What was the reason you were given for the exam? _____

_____

Do you dispute that reason?  If so, why? _____

_____

## My disability makes me a safety risk in my current position

a) Did the organization say that it was required to take this adverse job action against     you because of some <u>federal law or regulation</u>?    ( · ) Yes    ( ) No

If yes, which federal law or regulation? _____
b) Which organization official told you this?  · · · ·
Name: _____ Job Title: _____

c) Do you agree that this federal law or regulation requires the organization to treat you as it has?    ( ) Yes    ( ) No

If not, why not? _____

_____

d) Are there documents or witnesses that support your position? ( ) Yes    ( ) No

If so, provide contact information for the witnesses and attach copies of the <span>000158</span>
documents. _____

16

e) Did the organization say that it was required to take this **adverse** job action against        you to <u>protect you and/or others from physical harm</u>?    ( ) Yes   ( ) No

f) Which organization official told you this?  Name: _____

Title: _____

g) What exactly did this official say? On what medical or objective evidence did he/she/they base this opinion? _____

_____

_____

h) When was this communicated to you? _____

i) Do you have any witnesses who heard this?  Provide their name(s) and phone number(s): _____

j) Do you think that, if the organization had not taken the job action it did against you, that there would have been a significant risk that you or someone else would have been harmed?    ( ) Yes   ( ) No

If not, why not? _____

_____

k) If there would have been a significant risk of substantial harm to you or others, could the organization have reduced or eliminated that risk by providing a reasonable   accommodation for your disability?  ( ) Yes    ( ) No   ( ) Don't know

If so, what accommodation? _____

0001

17

any other relevant documents*****

***THE REST OF THIS QUESTIONNAIRE IS REQUIRED INFORMATION***

Provide the name of an individual at a different address who we can contact if we are unable to reach you:

Name: JANET MONTRIE _____ Relationship: FRIEND _____
Phone (with area code): 301-229-7912 _____ WORK: 301-754-7762
Address: 5917 WALHONDING RD _____ County: MONTGOMERY

Complete as many of the following questions as apply:
Job title: CLINICA SUPERVISOR - LACTATION SERVICES   HOLY CROSS HOSPITAL
   MATERNAL HOME CHILD CARE &   Date hired: N/A
Salary: N/A _____ Name of immediate supervisor: N/A _____
Supervisor's title: N/A _____
Unit, department or division: N/A _____
Number of employees in department or division: N/A _____
Number of employees with the same job title: N/A _____

Have you sought assistance from any other government agency, union, attorney or other source? (✓) Yes  ( ) No
Name of source of assistance: LAWYER: RALPH HALL _____
Results, if any: NONE AS YET _____
Have you filed an EEOC charge in the past?   ( ) Yes   (✓) No
If yes, provide: Date filed: _____ Charge number: _____
Organization charged _____
Results, if known _____

I declare under penalty of perjury that the information provided is true and correct to the best of my knowledge.

Signature: _____
Date:

0001

18

(This form is covered by the Privacy Act of 1974, Public Law 930579. Authority for requesting the personal data and the uses thereof are given below.

FORM NUMBER/TITLE/DATE:EEOC FORM 233, INTAKE QUESTIONNAIRE, AUGUST 1987

AUTHORITY:42 U.S.C. 2000e-5(b, 29 U.S.C. Section 626.

PRINCIPAL PURPOSE: The purpose of this questionnaire is to solicit information to enable the Commission to avoid the intake of matters not within its jurisdiction.

ROUTINE PURPOSES: Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over potential charges, complaints or allegations of employment discrimination and to provide such pre-charge filing counseling as is appropriate. Information provided on this form may be disclosed to other state, local and federal agencies as may be appropriate or necessary to carry out the Commission's functions. This would include employment practices laws. Information may also be disclosed to Charging Parties in consideration of or connection with litigation.

WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.