**EXHIBIT 1-A**

# ANNE ARUNDEL COUNTY MARYLAND

## Human Relations Commission

### Complaint of Discrimination

Name: **Phyllis M. Dettmer**    Phone: **410-526-0542**

Address: **108 Cherry Valley Rd    Reisterstown MD 21136-3202**

Name and address of establishment where discrimination took place:
**Constellation Power Source Generation    1000 Brandon Shores Rd    Pasadena MD**

Date of Complaint _____

Which of the following reasons do you feel you were discriminated against:

- ☐ Race
- ☐ Color
- ☐ Religion
- ☐ National Origin
- ☐ Sex
- ☐ Age
- ☒ Handicap Condition
- ☐ Other **Major Depression (Disease)**

Have you filed a complaint with another agency? **Yes**
If so, whom **(EEOC) U.S. Equal Employment Opportunity Commission**

Description of complaint (include dates, places, names of people involved, and any other pertinent information that will help in the investigation of this complaint). Please give as complete a description as possible. Use back of this form and additional paper if necessary.

**Was discharged from "CPSG" due to Major Depression after 20 years of service. Disease documented by 3 individual physicians and CPSG chose to "disagree"; called it Gross Misconduct! Supervisors were informed in January and again in March/April. The information provided was never passed on for utilization/understanding. I was reprimanded and "punished" numerous times, 6 days suspension and a decrease in pay. I know of several breaches of medical and personal confidentiality.**

I do hereby acknowledge and affirm that I have written the above complaint. Its contents are based upon my personal knowledge as to matters which I believe to be true.

Signature of complainant _____    Date _____

000000

I SAW AND OVERHEARD A DISCUSSION REGARDING MYSELF AND DISIPLINARY ACTION IN THE LOBBY OF OFFICES.... I WAS SEEN, THINGS THEN BECAME VERY QUIET.

I WAS SEEING COMPANY THERAPIST. WAS TOLD/MENTIONED IN SEVERAL DIFFERENT CONVERSATIONS THE THERAPIST AND MY DIRECTOR HAD HAD SEVERAL CONVERSATIONS REGARDING ME.

I AT NO TIME GAVE FORMAL PERMISSION FOR ANY INFORMATION TO BE SHARED BETWEEN THEM.

I WAS TOLD BY DEPARTMENT MANAGER THAT THE THERAPIST HAD INFORMED THEM THAT I WAS JUST IMMATURE.

3. ON 2 SEPARATE OCCASIONS I ASKED FOR ADDITIONAL HELP FROM HUMAN RESOURCES AND WAS INFORMED THERE WAS NOTHING THEY COULD DO.

\* IN ADDITION, I HAD ALSO REQUESTED INTERMITTENT FMLA ON 2 SEPARATE OCCASIONS AND WAS VERBALLY DENIED IN EACH INSTANCE.

PERSONNEL INVOLVED:

- WORK LEADERS — MICHAEL ONEFERU-BEY    ARTHUR JOHNSON
- DIRECTOR — JOANN LINGNER
- DEPT. MANAGER — DAVID SNYDER
- HUMAN RESOURCES — CYNTHIA LEWIS, BARBARA CANNON
- THERAPIST (CO.) — RAY MOSKO
- PHYSICIANS ASSISTANT — ANGELA WILLIAMS
- CO. PHYSICIAN — SHEILA RHODES

\* WAS <u>CONSTANTLY</u> DOCUMENTED BEING WATCHED AND WAS THREATENED VERBALLY AS WELL THROUGH COMMUNICATION TO MY PRIVATE PHYSICIANS ...... FELT EXTREMELY HARRASSED.

THESE EVENTS (AND OTHERS) ALL OCCURED FROM THE PERIOD OF JAN '00 THROUGH JAN 31, 01.

000001