*Human R*

# JOB SUMMARY

| | | | |
|---|---|---|---|
| Job Title | Sr. Administrative Assistant | Grade | 26 |
| SLI Code | Non-Supv | Job ID | 700A |
| Organization | Various | | |
| Revision Date | April 10, 2000 | | |



### SUMMARY

Performs varied or specialized moderately complex administrative duties in accordance with established Department/Company procedures. Requires independent judgment in selection and interpretation of data and knowledge of related work performed in the same and/or other department. Performs work that is subject to occasional verification. Assignments generally follow a prescribed procedure and may include maintaining records, assembling information and preparing material from several sources, handling invoices and payments, performing mathematical calculations, preparing routine correspondence and other responsibilities as needed. Duties may be of a varied nature or dedicated to a specialized function. Operates personal and/or mainframe computer systems and associated software and other office equipment.

### MINIMUM REQUIREMENTS

1. Three years clerical experience or the equivalent combination of formal education/training and experience.
2. Successful completion of the Clerical Aptitude Battery and Word Processing Test.
3. Demonstrated ability to communicate effectively.
4. Ability to use Microsoft Office software.

### For Calvert Cliffs only
5. Meet the requirements of Company and Nuclear Regulatory Commission (NRC) psychological, drug, alcohol, and medical testing policies and/or regulations.
6. Satisfactory completion of General Orientation Training (GOT).
7. Satisfactory completion of required background checks.
8. Recent convictions for crimes reasonably related to the activities of this job may disqualify an applicant.
9. Satisfactorily complete radiation safety training (may include respirator qualifications), if required for job performance.



CPSG00260