Case 1:02-cv-02595-MJG    Document 14-9    Filed 03/31/2003    Page 1 of 9

EXHIBIT
6

CPSG00264

# BGE Employee Handbook



A Member of the
Constellation Energy Group

# BGE EMPLOYEE HANDBOOK

Your BGE Employee Handbook contains information about the company, and its policies, pay, and benefits.

When you look up a policy, read it carefully and ask your supervisor for assistance when you have a question. Many policies contain "Employee" and "Supervisor" Action sections to indicate specific responsibilities or whom to contact in the company for further assistance. Check for this information. Generally, questions about the handbook or policy interpretations should be referred to your supervisor, your Human Resource Consultant, "Ask HR", or the Policy Line.

Your Employee Handbook is not an employment contract. It is not intended to be, and may not be, considered as an employment contract. The terms of this handbook may be changed at any time by the company without notice. The employment relationship may be ended at any time, by you or by the company.

CPSG00265

| *Employment* | 05/17/99 |
|---|---|

**Probationary Employment: General Information**

To achieve outstanding customer service and enhance our profitability, the company provides essential services to the public 24 hours a day, 7 days a week, year-round. To provide such service, the company needs capable and dependable employees and, therefore, establishes performance standards which must be met by all employees. All non-exempt and exempt employees (including professional associates) are hired for a 12-month probationary employment period to determine whether or not they can reliably meet these standards. Newly hired employees are advised at the time of employment of their probationary employment status.

During probationary employment, your performance and absence/lateness record are closely monitored by your supervisor. Your supervisor may initiate corrective action as considered appropriate.

CPSG00302

## *Employment* 05/17/99

### Termination: General Information

When your employment ends, your termination is classified as either:

Resignation - when you initiate leaving the company;
Discharge - when the company initiates it for any reason other than for operating conditions;
Retirement or Disability;
Severance - when the company initiates it due to the elimination of a position as a result of operating conditions; or
Deceased.

**This handbook is not an employment contract. It is not intended to be, and may not in any way be, considered as an employment contract. The terms of this handbook may be changed at any time by the company without notice. The employment relationship may be ended at any time, by you or by the company.**

**Reporting Resignation or Discharge**

**Supervisor Action**

- Notify your department manager, who:
    - Issues an exit ticket to Human Resources and Payroll stating the reason for the termination;
    - Consults with Human Resources in cases where discharge is recommended; prepare a Formal Warning/Corrective Action Plan as appropriate;
    - In the case of discharge, if the employee has five years or more of service, obtains approval from the appropriate vice president; and
    - Notifies the departmental/divisional computer access coordinator to revoke the employees computer access, if applicable.

    Please refer to your on-line directory for phone numbers and company addresses.

Case 1:02-cv-02595-MJG    Document 14-9    Filed 03/31/2003    Page 5 of 9

*Work Schedules, Premiums, and Allowances*                                     *05/17/99*

**Scheduling Work Hours: General Information**

Each department establishes work schedules to provide the work force required for efficient operations. The work load is anticipated on the basis of experience and forecasted conditions, and you are scheduled to perform work during your regular workdays, whenever practical. Work is performed at night, on weekends or holidays if required to meet operating needs and provide our customers with reliable service.

Within each department, patterns of operations have evolved over the years, generally enabling you to have an assigned work schedule. However, as work loads and conditions change, your supervisor may change the established pattern of operations and usual scheduling practices.

The term workday in the paragraphs refers not only to the eight-hour workday (or other work hours established under an alternative work schedule) of full-time employees, but also to the eight-hour work periods of short-schedule employees.

### Supervisor Action

- Call your Human Resource Consultant or the Policy Line at 410-234-7160 for assistance in making changes to scheduling practices that are expected to be more than a temporary change.
- Consider the possible impacts of schedule changes on employees and interdepartmental operations.

CPSG00516

*Work Schedules, Premiums, and Allowances*                                    05/17/99
**Scheduling Work Hours: Flexible Work Schedule (Flextime) Program**

Where operating conditions permit, your supervisor may establish a Flexible Work Schedule (Flextime) Program within the company's Standard Workday. Under this program, you may choose, within limits determined by your supervisor, your own workday starting and stopping times within the company's Standard Workday and in accordance with the Meal Breaks policy. On each day you use this program, you must complete your scheduled work hours within the Standard Workday unless other time off is approved by your supervisor.

The primary objective for establishing the Flexible Work Schedule Program is to provide a work scheduling system beneficial to both the company and you. The program is designed to improve productivity and reduce the need for you to take time off from work for personal reasons, while at the same time giving you more control over your work hours.

*Safety, Health, and Security*                                                                 05/17/99
---
**Accident Prevention/Occupational Health: General Information**

BGE:

- promotes and maintains a safe and healthy workplace.
- complies with applicable safety and health rules and regulations.
- reduces accidents, personal injuries, property loss, and other liabilities to the lowest possible level.

Your safety and well being are important to the company. Unsafe acts and conditions are unacceptable.

While each individual is responsible for safety, teamwork is essential in preventing workplace accidents. Teamwork means looking after one another, communicating clearly and effectively on safety issues, and participating in the development of safety programs.

**Accident Prevention and Occupational Health Philosophy**

Preventing accidental injuries and/or illness is everyone's responsibility and part of everyone's job. Your supervisor has the lead responsibility in ensuring that the work place is free of hazards and that work practices are in place to prevent accidents. You also contribute to the accident prevention effort. You are responsible for working safely and in accordance with the procedures developed for the task. Further, you are responsible for identifying for your supervisor and/or workleader those working conditions or practices which may not be safe.

**Promoting Accident Prevention On the Job**

The company has several mechanisms to encourage you to incorporate accident prevention in your job. Departments have the ability to structure site-specific and department-specific incentive programs. On an individual level, accident prevention performance is included in your and your supervisors job performance evaluation. Supervisors are expected to provide positive recognition for safe work behaviors and to correct unsafe work behaviors.

**Corrective Action**

Safety rules and work practices are viewed the same as company work rules. If you violate accident prevention or occupational health work practices, you may be subject to corrective action.

**Reporting Accidents**

<u>Employee Action</u>

- Report all injuries, no matter how slight, to the person in charge of the work as soon as

F - 1

*Standards of Conduct and Corrective Action*     *05/17/99*

**BGE Absence/Lateness: General Information**

Your job and performance at work are important to the successful operation of the company. The company depends on your contribution to achieve its mission and goals. As a result, you must report to work each scheduled day, on time. Your supervisor is responsible for monitoring your performance and for taking appropriate corrective action (as described in this section) when you fail to report as scheduled. This also includes taking appropriate corrective action when you fail to report for Call-Ins in accordance with procedures established by your supervisor.

A <u>sickness absence</u> is any continuous period of time off for sickness (personal non-occupational illness or non-occupational injury).

A <u>lateness</u> occurs when you are absent or not ready to work at the starting point or work place at the beginning of the workday (unless the absence time is covered under some other Company policy). The period from the beginning of the workday to the time you arrive available for work, is reported as a lateness.

In determining the appropriate corrective action, your supervisor will weigh a variety of factors, including:

- whether your absence qualifies under the Family and Medical Leave Act (FMLA);
- its impact on operations in achieving results and providing service to internal and/or external customers;
- whether you provided adequate notice of your absence or lateness;
- any evidence that you falsified the reason for your absence or lateness;
- any other circumstances your supervisor determines should be considered.

<u>**Employee Action**</u>

- Report to work each day as scheduled.
- Follow procedures in this section on reporting sickness absence and lateness. You are responsible during periods of absences of five days or longer for notifying the Health Services Unit, Safety and Medical Services Department, at 410-234-7465 or -7466, where you can be reached. If you are a Calvert Cliffs employee, notify Safety and Medical Services at 410-495-3750.

<u>**Supervisor Action**</u>

- Explain all applicable Absence & Lateness Reporting and Call-In procedures to your employees.
- Call Human Resources if you have a question concerning appropriate corrective action. When action is warranted, apply it at the time of the absence and/or lateness, or as soon afterward as practical.

CPSG00689

- One of the objectives of FMLA is to ensure that employees are not "disadvantaged" as a result of qualified FMLA absences. As a result, you are required to **contact Safety and Medical Services (SAMS) Department, prior to taking disciplinary action for sickness related absences.** SAMS will determine if there is a medically-valid reason for the absences. If the time off qualifies as an FMLA absence, the employee may not be disciplined for the qualified FMLA absences.
- Similarly, consult SAMS regarding employees who have significant extended absences of five days or longer. **This is important to ensure that employees are properly notified, if applicable, that the time off qualifies as FMLA leave and counts toward the 12-week FMLA entitlement.** For extended absences, it is important to involve Safety and Medical Services **well before sick benefits expire.**
- Call SAMS for advice before counseling employees for excessive absenteeism or lateness; any time you suspect an employee may need medical advice; or you believe an employee may be falsifying the reason for an absence.

CPSG00690