1

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MARYLAND

3   PHYLLIS M. DETTMER,           *

4        Plaintiff               *

5   v.                            *   CASE NO. MGJ 02-2595

6   CONSTELLATION POWER           *

7   SOURCE GENERATION, INC.,      *

8        Defendant                *

9   *   *   *   *   *   *   *   *   *   *   *

10

11            DEPOSITION OF DOUGLAS WERNECKE

12       The Deposition of Douglas Wernecke was taken in

13  the above-entitled action on Monday, February 10,

14  2003, commencing at 12:55 p.m., at the Baltimore Gas &

15  Electric Company, 39 West Lexington Street, 17th

16  Floor, Baltimore, Maryland 21201, and was reported by

17  Melanie M. Kilchenstein, a Notary Public.

18

19              EVANS REPORTING SERVICE

           2 North Charles Street, Suite 950

20            Baltimore, Maryland 21201

                    410) 727-7100

21                 (800) 256-8410

EXHIBIT 7

26

1   Q   Please.

2   A   Okay. It's a job summary of a senior
3   administrative assistant.

4   Q   And I would represent to you that this is a
5   job summary that's been produced in discovery as being
6   the job that was filled by Ms. Dettmer.

7   A   Okay.

8   Q   Isn't it true that there are certain minimum
9   requirements for that position listed?

10  A   Yes.

11  Q   And isn't it true that prompt reporting is
12  not a listed criteria for that job?

13  A   Yes.

14  Q   Do you believe that prompt reporting is an
15  essential job requirement for that position?

16  A   Yes.

17  Q   Why?

18  A   I have to defer to the line management. The
19  reason I -- they're the ones that have set the
20  requirements of the job, they're the ones that
21  established the start and stop times and the