


**Oneferu-Bey, Michael A**

| | |
|---|---|
| From: | Oneferu-Bey, Michael A |
| Sent: | Thursday, January 06, 2000 1:36 PM |
| To: | Birsner, Fred W; Dettmer, Phyllis M; Ferebee, Joseph; Green, Denise P; Jester, Jim; Johnson, Arthur H; Oneferu-Bey, Michael A; Strauss, Gary W; Thompson, Philip F |
| Cc: | Lingner, Joann |
| Subject: | Flexible Work Schedule for year 2000 |

To members of the warehouse team working flexible schedules, please be advised that because of operating conditions, it is my expectation, that your work start times be no later than eight (8) am. This will provide the proper support needed to maintain the highest customer service level and back up for team members. Exceptions will be allowed on an as needed basis upon approval. Your cooperation will be greatly appreciated.

Thank You



0001