

EXHIBIT 9

# In – Out Record For 2000

January

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 03-Jan | 8:15 | 4:15 | No | | | 8.0 | |
| 04-Jan | 8:30 | 4:30 | No | | | 8.0 | |
| 05-Jan | 9:00 | 4:30 | No | | | 7.50 | |
| 06-Jan | 7:30 | 6:30 | No | | | 8.75 | Dr. Appt |
| 07-Jan | 10:30 | 6:15 | No | | | 7.75 | 9Am Dr Appt |
| 10-Jan | | | | | | | RX day |
| 11-Jan | 8:15 | 5:15 | No | | | 9.0 | |
| 12-Jan | 10:00 | 4:30 | Yes | | 2 | 6.0 | Unplanned |
| 13-Jan | | | | | 8 | 8.0 | Unplanned |
| 14-Jan | 8:15 | 3:15 | No | | | 7.0 | |
| 17-Jan | 8:00 | 4:45 | No | | | 8.75 | |
| 18-Jan | 8:30 | 4:45 | No | | | 8.25 | |
| 19-Jan | 8:00 | 4:00 | No | | | 8.0 | |
| 20-Jan | 8:15 | 3:15 | No | | | 7.0 | AM Snow |
| 21-Jan | 8:30 | 4:30 | No | | | 8.0 | |
| 24-Jan | 8:00 | 4:30 | No | 5:00 | | 8.50 | |
| 25-Jan | 9:00 | 12 | No | 3 | | 8.0 | 79W-5h |
| 26-Jan | 9:30 | 4:30 | Yes | 6.50 | | 8.0 | 79W-1.5h |
| 27-Jan | | | | | | | Sick |
| 28-Jan | | | | | | | Sick |
| 31-Jan | 8:15 | 4:45 | Yes | | | 8.0 | |



Dettmer DEPOSITION EXHIBIT NO. 12  2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

# In – Out Record For 2000

February

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Feb | | | | | 8.0 | | |
| 02-Feb | 8:45 | 4:45 | No | | | 8.0 | |
| 03-Feb | 8:30 | 5:00 | Yes | | | 8.0 | |
| 04-Feb | | | | | | 8.0 | RX – Mom |
| 07-Feb | 8:30 | 5:15 | No | | | 8.75 | |
| 08-Feb | 8:45 | 4:30 | No | | | 7.75 | |
| 09-Feb | 10:30 | 4:30 | No | | 2.0 | 6.0 | Unplanned |
| 10-Feb | 8:45 | 5:00 | No | | | 8.25 | |
| 11-Feb | | | | | 7.5 | | Unplanned |
| 14-Feb | 8:00 | 4:30 | Yes | | | 8.0 | |
| 15-Feb | 10:00 | 6:00 | No | | | 8.0 | |
| 16-Feb | 8:00 | 4:30 | Yes | | | 8.0 | |
| 17-Feb | 8:00 | 4:00 | No | | | 8.0 | Mosko |
| 18-Feb | 9:00 | 5:15 | No | | | 8.0 | Snow/Ice |
| 21-Feb | | | | | | Holiday | |
| 22-Feb | 8:00 | 4:00 | No | | | 8.0 | |
| 23-Feb | 8:15 | 3:30 | No | | | 7.25 | |
| 24-Feb | 8:00 | 4:45 | No | | | 8.75 | Mosko |
| 25-Feb | 8:15 | 4:15 | No | | | 8.0 | |
| 28-Feb | 8:00 | 4:15 | No | | | 8.25 | |
| 29-Feb | 8:30 | 4:00 | Yes | | | 5.0 | Dr 2 ½ |

# In – Out Record For 2000

March

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Mar | 8:00 | 3:45 | No | | | 7.75 | |
| 02-Mar | 8:15 | 5:45 | No | | | 9.50 | Mosko |
| 03-Mar | | | | | 9.50 | | Unplanned |
| 06-Mar | 8:45 | 5:00 | No | | | 8.25 | |
| 07-Mar | 8:15 | 11:30 | | | | 3.75 | RX - 4.75 |
| 08-Mar | 8:00 | 4:00 | No | | | 8.0 | |
| 09-Mar | 8:00 | 4:00 | No | | | 8.0 | |
| 10-Mar | 8:15 | 4:00 | No | | | 7.75 | |
| 13-Mar | 8:00 | 4:00 | No | | | 8.0 | |
| 14-Mar | 8:15 | 4:15 | No | | | 8.0 | |
| 15-Mar | 8:00 | 4:00 | No | | | 8.0 | |
| 16-Mar | 8:15 | 4:15 | No | | | 8.0 | |
| 17-Mar | 8:00 | 2:30 | No | | 2 | 6.0 | |
| 20-Mar | 8:00 | 4:00 | No | | | 8.0 | |
| 21-Mar | 8:30 | 4:30 | No | | | 8.0 | |
| 22-Mar | 9:15 | 4:00 | No | | | 6.75 | |
| 23-Mar | 8:00 | 3:45 | No | | | 7.75 | |
| 24-Mar | 8:15 | 6:15 | Yes | | | 9.50 | |
| 27-Mar | 8:00 | 4:00 | Yes | | | 7.50 | |
| 28-Mar | 8:00 | 1:30 | No | | | 5.50 | |
| 29-Mar | 8:15 | 4:00 | No | | | 7.75 | |
| 30-Mar | 8:00 | 5:00 | No | 7:50 | | 9.0 | |
| 31-Mar | 7:45 | 6:00 | No | | | 10.25 | SS – 3 |

# In – Out Record For 2000

April

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 03-Apr | | | | | | | SS |
| 04-Apr | | | | | | | SS |
| 05-Apr | | | | | | | SS |
| 06-Apr | | | | | 8 | | Planned |
| 07-Apr | | | | | 8 | | Planned |
| | | | | | | | |
| 10-Apr | | | | | 8 | | Planned |
| 11-Apr | 7:45 | 3:45 | No | | | 8.0 | |
| 12-Apr | 7:45 | 3:45 | No | | | 8.0 | |
| 13-Apr | 7:45 | 3:30 | No | | | 7.75 | |
| 14-Apr | 8:00 | 4:15 | No | | | 8.25 | |
| | | | | | | | |
| 17-Apr | 8:00 | 4:00 | No | 7:50 | | 8.0 | |
| 18-Apr | 8:00 | 4:00 | No | | | 8.0 | |
| 19-Apr | 7:45 | 3:45 | No | | | 8.0 | |
| 20-Apr | 8:00 | 4:00 | No | | | 8.0 | |
| 21-Apr | 8:00 | 2:00 | No | | 2 | 6.0 | Unplanned |
| | | | | | | | |
| 24-Apr | 7:45 | 3:45 | No | | | 8.0 | |
| 25-Apr | 8:00 | 3:30 | No | | | 7.50 | |
| 26-Apr | 8:00 | 4:00 | No | | | 7.50 | |
| 27-Apr | 10:30 | 5:00 | No | | | 6.0 | RX /personl |
| 28-Apr | 8:00 | 5:00 | No | 7:50/5:15 | | 9.0 | |

# In – Out Record For 2000

May

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-May | 12:45 | 4:30 | No | | | 4.25 | 4.25 Civic |
| 02-May | 8:00 | 5:00 | No | 8:03 | | 9.0 | |
| 03-May | 8:00 | 4:45 | Yes | | | 8.25 | |
| 04-May | 8:00 | 4:30 | No | | | 8.50 | |
| 05-May | 8:00 | 1:45 | No | | | 5.75 | |
| 08-May | | | | | | | Sick |
| 09-May | | | | | | | Sick |
| 10-May | | | | | | | Sick |
| 11-May | | | | | | | Sick |
| 12-May | 8:00 | 4:00 | No | | | 8.0 | |
| 15-May | 8:00 | 4:45 | Yes | | | 825 | |
| 16-May | 8:00 | 5:30 | Yes | 8:05 | | 9.0 | |
| 17-May | 8:00 | 2:00 | No | | | 6.0 | |
| 18-May | 8:00 | 4:00 | No | | | 8.0 | |
| 19-May | 8:45 | | No | | | No record | Doctor |
| 22-May | | | | | | | RX |
| 23-May | 8:00 | 4:00 | No | | | 8.0 | |
| 24-May | 8:00 | No Record | No | | | | |
| 25-May | 8:00 | 1:30 | No | | | 5.50 | |
| 26-May | | | | | 8 | | |
| 29-May | | | | | | Holiday | |
| 30-May | 8:00 | 4:00 | | | | 8.0 | |
| 31-May | 8:00 | 4:00 | | | | 8.0 | |

# In – Out Record For 2000

June

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Jun | 8:00 | 3:00 | Yes | | | 6.50 | |
| 02-Jun | 8:00 | No Record | No | | | No Record | |
| 05-Jun | 8:00 | 4:45 | No | | | 8.75 | |
| 06-Jun | 10:15 | 6:15 | No | | | 8.0 | Dr Appt AM |
| 07-Jun | 8:30 | 3:45 | No | | | 7.25 | |
| 08-Jun | 7:45 | No Record | No | | | No Record | |
| 09-Jun | | | | | | | SS |
| 12-Jun | | | | | | | SS |
| 13-Jun | | | | | | | SS |
| 14-Jun | 7:45 | 4:15 | No | | | 8.50 | |
| 15-Jun | 8:00 | 3:15 | No | | | 7.25 | |
| 16-Jun | 8:00 | No Record | | 7:50 | | No Record | |
| 19-Jun | No Record | | | | | No Record | |
| 20-Jun | 9:00 | 4:15 | No | | | 7.25 | Dr Appt AM |
| 21-Jun | | | | | | | Sick |
| 22-Jun | | | | | | | Sick |
| 23-Jun | 8:00 | 5.15 | Yes | | | 8.75 | |
| 26-Jun | 8:00 | 4:30 | Yes | 7:50 | | 8.0 | |
| 27-Jun | 8:00 | 5:30 | No | 750 | | 9.50 | |
| 28-Jun | 8:00 | 3:00 | No | | | 7.0 | |
| 29-Jun | 8:00 | 4:45 | No | | | 8.75 | |
| 30-Jun | | | | | 7 | | |

# In – Out Record For 2000

July

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 03-Jul | 8:00 | No Record | | | | 8 | |
| 04-Jul | | | | | | 8 | Holiday |
| 05-Jul | | | | | | 0 | RX |
| 06-Jul | | | | | 8 | | Unplanned |
| 07-Jul | 8:00 | 4:00 | No | | | 8 | |
| 10-Jul | | | | | 8 | | |
| 11-Jul | | | | | 8 | | |
| 12-Jul | | | | | 8 | | |
| 13-Jul | | | | | 8 | | |
| 14-Jul | | | | | 8 | | |
| 17-Jul | 7:45 | 5:00 | Yes | | | 8.75 | |
| 18-Jul | 8:00 | 3:45 | Yes | 4:00 | | 7.25 | |
| 19-Jul | 7:45 | 4:15 | Yes | | | 8.0 | |
| 20-Jul | 7:30 | 4:00 | Yes | | | 8.0 | |
| 21-Jul | 7:45 | 4:15 | Yes | | | 8.0 | |
| 24-Jul | 8:00 | 4:30 | Yes | | | 8.0 | |
| 25-Jul | 7:45 | 4:15 | Yes | | | 8.0 | |
| 26-Jul | | | | | | 0 | RX |
| 27-Jul | 7:45 | 4:15 | Yes | 7:33 | | 8.0 | |
| 28-Jul | 7:45 | 4:15 | Yes | 7:35 | | 8.0 | |

0 v 08

# In – Out Record For 2000

August

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Aug | 7:45 | 4:30 | Yes | | | 8.25 | |
| 02-Aug | 8:00 | 4:30 | Yes | | | 8.0 | |
| 03-Aug | 7:45 | 5:45 | Yes | | | 9.50 | |
| 04-Aug | 8:00 | 5:15 | Yes | | | 8.75 | |
| | | | | | | | |
| 07-Aug | 8:00 | 5:30 | Yes | | | 9.0 | |
| 08-Aug | 8:00 | 3:30 | Yes | | | 7.0 | |
| 09-Aug | 8:00 | 4:30 + | Yes | 7:47 | | 8.0 | |
| 10-Aug | | | | | | | Sick |
| 11-Aug | | | | | | | Sick |
| | | | | | | | |
| 14-Aug | 8:00 | 1:30 | Yes | 7:50 | | 5.0 | Dr Appt |
| 15-Aug | 8:15 | 3:30 | Yes | 8:03 | | 6.75 | |
| 16-Aug | 7:45 | 5:30 | Yes | | | 9.25 | |
| 17-Aug | 8:00 | 6:00 | Yes | | | 9.50 | |
| 18-Aug | 8:00 | 1:00 | No | | 4.50 | 5.0 | |
| | | | | | | | |
| 21-Aug | 8:00 | 4:30 | Yes | | | 8.0 | |
| 22-Aug | 8:00 | 3:15 | Yes | | | 6.75 | |
| 23-Aug | 8:00 | 3:00 | Yes | | | 6.50 | |
| 24-Aug | 8:00 | 5:30 | Yes | | | 9.0 | |
| 25-Aug | 8:15 | 6:30 | Yes | 8:03 | | 9.75 | |
| | | | | | | | |
| 28-Aug | 8:00 | 4:30 | Yes | | | 8.0 | |
| 29-Aug | 8:30 | 6:30 | Yes | | | 9.50 | |
| 30-Aug | 8:15 | 5:45 | Yes | | | 9.0 | |
| 31-Aug | 8:15 | 5:15 | Yes | 8:03 | | 9.0 | |

# In – Out Record For 2000

**September**

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Sep | 6:00 | 10:15 | No | | | 4.25 | |
| 04-Sep | | | | | | | Holiday |
| 05-Sep | | | | | | | Sick |
| 06-Sep | 8:15 | 2:30 | Yes | | | 5.75 | |
| 07-Sep | 8:15 | 5:15 | Yes | 8:05 | | 8.50 | |
| 08-Sep | | | | | | | No Record |
| 11-Sep | 8:15 | 4:45 | Yes | 8:10 | | 8.0 | |
| 12-Sep | 7:45 | 11:30 | No | | | 3.75 | |
| 13-Sep | 6:30 | 3:45 | Yes | | | 8.75 | |
| 14-Sep | 7:00 | No Record | Yes | | | | |
| 15-Sep | 6:15 | 2:15 | Yes | | .50 | 7.50 | |
| 18-Sep | | | | | | | No Record |
| 19-Sep | | | | | | | No Record |
| 20-Sep | | | | | | | No Record |
| 21-Sep | | | | | | | No Record |
| 22-Sep | | | | | | | No Record |
| 25-Sep | 8:15 | 4:15 | Yes | 8:12 | | 7.50 | |
| 26-Sep | 8:00 | 4:45 | Yes | 7:50 | | 8.25 | |
| 27-Sep | 8:00 | 2:30 | Yes | 7:50 | | 6.0 | |
| 28-Sep | 6:30 | 4:15 | Yes | | | 9.25 | |
| 29-Sep | 8:00 | 3:30 | Yes | | 2 | 6.0 | |

000070

# In – Out Record For 2000

October

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 02-Oct | 8:00 | 4:30 | Yes | | | 8.0 | |
| 03-Oct | 8:15 | 3:30 | Yes | 8:03 | | 6.75 | |
| 04-Oct | 8:00 | 5:15 | Yes | | | 8.75 | |
| 05-Oct | 8:15 | 5:30 | Yes | 8:07 | | 8.75 | |
| 06-Oct | 8:15 | 11:15 | No | 8:05 | | 3.0 | Sick 4.74 Hr |
| 09-Oct | 7:45 | 4:15 | Yes | 7:40 | | 8.0 | |
| 10-Oct | 8:00 | 6:00 | Yes | 7:40 | | 9.50 | |
| 11-Oct | 8:00 | 2:30 | Yes | | | 6.0 | |
| 12-Oct | 8:00 | 5:00 | Yes | | | 8.50 | |
| 13-Oct | 8:00 | 4:30 | Yes | | | 8.0 | |
| 16-Oct | 7:45 | 4:15 | Yes | 7:40 | | 8.0 | |
| 17-Oct | 8:00 | 4:30 | Yes | 7:50 | | 8.0 | |
| 18-Oct | 8:00 | 4:30 | Yes | | | 8.0 | |
| 19-Oct | 8:00 | 4:45 | Yes | | | 8.25 | |
| 20-Oct | 8:00 | 4:15 | Yes | 7:47 | | 7.75 | |
| 23-Oct | | | | | | | Sick |
| 24-Oct | | | | | | | Sick |
| 25-Oct | 8:00 | 2:30 | Yes | 7:50 | | 6.0 | |
| 26-Oct | 8:00 | 4:00 | Yes | 7:55 | | 7.50 | |
| 27-Oct | 7:30 | 4:30 | Yes | | 2 | 8.50 | |
| 30-Oct | 9:15 | 5:15 | Yes | | | 7.50 | 8 AM Dr Appt |
| 31-Oct | 8:30 | 5:30 | Yes | | | 8.50 | |

# In – Out Record For 2000

November

| Date | In | Out | Lunch | Actual | Vac | Total | |
|---|---|---|---|---|---|---|---|
| 01-Nov | 7:45 | 4:15 | Yes | | | 8.0 | |
| 02-Nov | 8:00 | 4:30 | Yes | | | 8.0 | |
| 03-Nov | 7:45 | 4:15 | Yes | | | 8.0 | |
| 06-Nov | 8:15 | 4:30 | No | 8:12 | | 8.25 | |
| 07-Nov | 7:15 | 3:30 | Yes | | | 7.75 | |
| 08-Nov | 7:45 | 2:30 | Yes | | | 6.25 | |
| 09-Nov | 8:00 | 5:00 | Yes | 7:50 | | 8.50 | |
| 10-Nov | 7:15 | 5:00 | Yes | 7:05 | | 9.25 | |
| 13-Nov | 7:30 | 3:30 | Yes | 7:20 | | 7.50 | |
| 14-Nov | 7:45 | 4:30 | Yes | | | 8.25 | |
| 15-Nov | 7:45 | 4:30 | Yes | 7:40 | | 8.25 | |
| 16-Nov | 7:45 | 4:15 | Yes | | | 8.0 | |
| 17-Nov | 7:45 | 4:15 | Yes | | | 8.0 | |
| 20-Nov | 7:45 | 4:15 | Yes | 7:40 | | 8.0 | |
| 21-Nov | 7:45 | 4:15 | Yes | 7:35 | | 8.0 | |
| 22-Nov | 6:00 | 230 | Yes | | | 8.0 | |
| 23-Nov | | | | | | | Holiday |
| 24-Nov | | | | | | | Holiday |
| 27-Nov | 730 | 4:00 | Yes | | | 8.0 | |
| 28-Nov | 7:45 | 4:15 | Yes | | | 8.0 | |
| 29-Nov | 8:00 | 3:30 | Yes | 7:50 | 1 | 7.0 | |
| 30-Nov | | | | | | | Sick |

000072

# In – Out Record For 2000

December

| Date | In | Out | Lunch | Actual | Vac | Total | |
|------|------|-------|-------|--------|-----|-------|---|
| 01-Dec | 8:00 | 3:30 | Yes | 7:50 | 1 | 7.0 | |
| 04-Dec | 8:00 | 4:14 | Yes | 7:50 | | 7.75 | |
| 05-Dec | 8:00 | 4:15 | Yes | 7:50 | | 7.75 | |
| 06-Dec | 8:15 | 2:30 | Yes | 8:13 | | 5.75 | |
| 07-Dec | 7:45 | 4:15 | Yes | 7:40 | | 8.0 | |
| 08-Dec | 6:30 | 3:45 | Yes | | 2 | 8.75 | |
| 11-Dec | 8:00 | 4:15 | Yes | | | 7.75 | |
| 12-Dec | 8:00 | 4:00 | Yes | | | 7.50 | |
| 13-Dec | 8:00 | 5:00 | Yes | | | 8.50 | |
| 14-Dec | 8:00 | 4:30 | Yes | | | 8.0 | |
| 15-Dec | 7:45 | 4:30 | Yes | | | 8.25 | |
| 18-Dec | 7:45 | 3:45 | Yes | | | 7.50 | |
| 19-Dec | 7:45 | 4:15 | Yes | | | 8.0 | |
| 20-Dec | 7:30 | 2:30 | Yes | | | 6.50 | |
| 21-Dec | 6:30 | 4:15 | Yes | | | 9.0 | |
| 22-Dec | 6:30 | 11:15 | No | | | 4.75 | 4 Hr Holiday |
| 25-Dec | | | | | | | Holiday |
| 26-Dec | | | | | | | Sick |
| 27-Dec | 8:00 | 4:30 | Yes | | | 8.0 | |
| 28-Dec | 7:45 | 4:30 | Yes | | | 8.25 | |
| 29-Dec | 8:00 | 4:15 | Yes | | | 7.75 | |

000073