IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHYLLIS M. DETTMER                          *

       Plaintiff                          *

  v.                                                   *

CONSTELLATION POWER SOURCE          *          Civil Action No. MJG02-2595
GENERATION, INC.
                                           *

       Defendant                          *

* * * * * * * * *

## NOTICE OF FILING OF LENGTHY EXHIBIT

      Exhibit 10, which is an attachment to Defendant's Memorandum in Support of Motion for

Summary Judgment exists in paper format and if scanned will be larger than 1.5 MG and/or 15

pages in length.  It will be filed with the Clerk's Office in paper format.

      I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the document identified above.


<u>March 31, 2003</u>
Date                                                    <u>/s/ Barbara A. Gaughan</u>
                                 Barbara A. Gaughan
                                 Trial Bar No. 05050
              17th Floor, Gas and Electric Building
                                P. O. Box 1475
                        Baltimore, Maryland  21203
                             410-234-6869
                         410-234-5840 (fax)


                        Attorney for Defendant,
          Constellation Power Source Generation, Inc.