# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE: 11/03/00

To Employee: Phyllis M. Dettmer     Employee Number: 36545

Job Title: Sr. Administrative Assistant     Grade: 26     Department: 280004

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

**FACTS:** This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.]

Phyllis continues to demonstrate her unreliability. On 10/31/00 and 11/6/00 Phyllis again failed to report to her assigned work location (FS Warehouse) by 8:00 am. On 10/31/00 she arrived late for work at 8:23 am and on 11/6/00 she arrived at 8:12 am. This is the latest in a series of thirty-four (34) separate occasions on which Phyllis has failed to arrive to work in a timely manner.

Her failure to report to work on 10/31/00 and 11/6/00 by 8:00 am again violated the Warehouse Team's starting time, as announced on 01/06/00, and was also inconsistent with the improvement plan set forth in the Corrective Action Report (CAR) administered to Phyllis on 09/11/00.

Phyllis indicated that the reason for her late arrival at work on 10/31/00 was that she had been stuck in traffic for more than an hour. Only fifteen (15) minutes before she was to report to work, at 7:45 am, Phyllis called into Arthur Johnson, acting work leader on 10/31/00. Her 11/6/00 lateness was also due to traffic.

As stated in four (4) Corrective Action Reports previously administered to Phyllis this past year (the latest having been administered to Phyllis on 09/11/00), Phyllis' repeated and continual lateness for work is unacceptable behavior. In fact, Phyllis has been issued CARs for her repetitive lateness on the following dates: 03/20/00, 03/30/00, 06/07/00 and 09/11/00. Each CAR specifically set forth an improvement plan that indicated that Phyllis was to report to work daily on or before 8:00 am. An arrival time of no later than 8:00 am is required.

Despite these CARs, for the period of 01/10/00 through and including 10/31/00 and 11/6/00, Phyllis has been late for work on thirty-four (34) separate occasions. Moreover, despite being warned and disciplined on several occasions for her lateness, Phyllis continues to fail to abide by the no later than 8:00 am required start time, as set forth in the improvement plans of each of the earlier four (4) CARS administered to her.

**IMPROVEMENT PLAN:**

Phyllis must report to and start work on or before 8:00 am daily. If Phyllis anticipates that she will be late or absent for work, she must contact her immediate supervision no later than 7:30 am. If she is late or absent due to illness she must contact the Environmental, Health & Safety Unit of Constellation Energy Group.





000606

| IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION: ||
|---|---|
| X  FORMAL WARNING<br><br>Date Given  11/06/00 | X  REDUCTION IN PAY<br><br>Effective Date: 11/06/00  (See Attached)<br>Change Ticket Issued: _____ (Date)<br>New Job Title & Grade: _____ |
| X  PROBATION<br><br>Effective Date: 11/6/00  for  12  (# Mos.) | RECOMMENDATION FOR DISCHARGE<br><br>Mgr. H.R. Consulted On: _____ |
| SUSPENSION<br><br>Starting<br><br>(Date)        (# Days) | Effective Date of Discharge _____<br>(ALL Department Data and Exit Ticket Must Be Forwarded to Manager – H.R.) |

CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:

If Phyllis continues to report to work late or does not follow the requirements set forth, above, in the "Improvement Plan" section of this CAR, further corrective action, including discharge, may be administered.

SIGNATURES:
EMPLOYEE: _[signature]_                                                        DATE: 11/6/00

*Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.*
*If comments are attached, initial this box.*      *Employee is to receive a copy of this report, on request.*

IMMEDIATE SUPERVISOR: _[signature]_      Title: Director
Employee Number: 32204      Phone Number: (410) 787-5359   Date: 11/6/00

*Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.*

GENERAL SUPERVISOR and/or MANAGER: _____      Date: _____

Original plus 1 copy to:  DIRECTOR – Employee Relations Unit
303 G&E Bldg

Retention in Corporate Folder - 3 Years

000007