# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE: 3/20/00

To Employee: Phyllis M. Dettmer            Employee Number: 36545

Job Title: Sr. Administrative Asst.   Grade: 26   Department: 280004

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

**FACTS:** This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.]

On 12/99, Phyllis was verbally requested due to operating conditions, to report to work by 8:00 a.m. daily. On 1/6/00, a formal notice was issued to all warehouse personnel working flexible schedules that work start time will be no later than 8:00 a.m. due to operating conditions. Since the release of notice on 1/6/00, Phyllis has been late on the following dates 1/11, 1/14 (verbal warning given), 1/18, 1/20, 1/21, 1/26, 2/2, 2/3, 2/7, 2/8, 2/9 (verbal warning given), 2/10, 2/15, 2/17, 2/23, 2/25, 2/29, 3/2, 3/6, 3/7, 3/10, 3/14 and 3/16.

**IMPROVEMENT PLAN:**

Phyllis must start work on or before 8:00 a.m. daily.



EXHIBIT 13



Dettmer
DEPOSITION EXHIBIT
NO. 2   2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

## IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION:

FORMAL WARNING

Date Given 3/24/00

☐ DEMOTION
☐ REDUCTION IN PAY

Effective Date: _____ (See Attached)
Change Ticket Issued: _____ (Date)
New Job Title & Grade: _____

☒ PROBATION

Effective Date: 3/27/00 for 3 (# Mos.)

☐ RECOMMENDATION FOR DISCHARGE

Mgr. Utility H.R. Services Consulted On: _____

☐ SUSPENSION

Starting _____ for _____
(Date) (# Days)

Effective Date of Discharge _____
(ALL Department Data and Exit Ticket Must Be Forwarded to Manager - Utility H.R. Services)

### CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:

If employee does not improve her lateness record, additional corrective action will be taken.

SIGNATURES:
EMPLOYEE: [signature]   DATE 3/24/00

Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.
If comments are attached, initial this box. ☐   Employee is to receive a copy of this report, on request.

IMMEDIATE SUPERVISOR: [signature] Michael   Title: Senior Buyer
Employee Number: 28288   Phone Number: 410/787-5184   Date: 3/24/00

Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.

GENERAL SUPERVISOR and/or MANAGER: [signature] 3/31/00   Date: 3/24/00

Original plus 1 copy to: DIRECTOR – Employee Relations Unit
303 G&E Bldg.

Retention in Corporate Folder - 3 Years

Rev. 06/1999