# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE:    3/30/00

To Employee:    Phyllis M Dettmer                     Employee Number:    36545

Job Title:    Sr Administrative Asst.        Grade:    26    Department:    280004

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

**FACTS:** This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.]

On 3/24/00 Phyllis was given a Corrective Action, for excessive lateness and placed on

three months probation.  On 3/29/00 Phyllis was late again (arriving for work at

at 8:15 a.m.,15 minutes late).

**IMPROVEMENT PLAN:**

Phyllis must start work on or before 8:00 a.m. daily.


EXHIBIT
14


Dettmer
DEPOSITION EXHIBIT
NO. 3    2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

| IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION: | |
|---|---|
| → **FORMAL WARNING**<br><br>Date Given  3/31/00 | ☐ **DEMOTION**<br>☐ **REDUCTION IN PAY**<br><br>Effective Date: _____ (See Attached)<br>Change Ticket Issued: _____ (Date)<br>New Job Title & Grade: _____ |
| ☐ **PROBATION**<br><br>Effective Date: _____ for _____<br>(# Mos.) | ☐ **RECOMMENDATION FOR DISCHARGE**<br><br>Mgr. Utility H.R. Services Consulted On: _____ |
| ☒ **SUSPENSION**<br><br>Starting  4/3/00  for  3<br>(Date)        (# Days) | Effective Date of Discharge _____<br>(ALL Department Data and Exit Ticket Must Be Forwarded to Manager - Utility H.R. Services) |

**CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:**

If employee does not improve her lateness record, additional corrective action will

be taken up to and including discharge

---

SIGNATURES:

EMPLOYEE: _[signature]_                                        DATE: 3/31/00

*Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.*

*If comments are attached, initial this box.*        *Employee is to receive a copy of this report, on request.*

IMMEDIATE SUPERVISOR _[signature]_ Title: Senior Buyer

Employee Number: _____    Phone Number: _____    Date: _____

*Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.*

GENERAL SUPERVISOR and/or MANAGER: _[signature]_    Date: 3/31/00

*Original plus 1 copy to:    DIRECTOR – Employee Relations Unit*
*303 G&E Bldg.*

Retention in Corporate Folder - 3 Years

Rev. 06/1999