# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE: 8/7/00

To Employee: Phyllis M. Dettmer          Employee Number: 36545

Job Title: Sr. Administrative Asst.   Grade: 26   Department: 280004

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

**FACTS:** This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.]

On 8/7/00, Phyllis did not report to her work location (FS Warehouse) by 8:00am. Phyllis states that she needed to pick up a package at the FS Office building so she went there first thing this morning. I told her that she did not report to her work location by 8:00am, therefore, she was late. Phyllis said that she has done this in the past and it was never a problem. I pointed out to Phyllis that she is on probation for lateness. Mike Oneferu-Bey, her Work Leader, verifies her arrival time. In his absense, Art Johnson, as Mike's alternate, will verify her arrival time and did so this time.

**IMPROVEMENT PLAN:**

Phyllis must report and start work on or before 8:00am daily.



000020



**IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION:**

☒ **FORMAL WARNING**

Date Given  8/7/00

☐ **DEMOTION**

☒ **REDUCTION IN PAY**

Effective Date: 8/7/00   (See Attached)
Change Ticket Issued: _____ (Date)
New Job Title & Grade: _____

☒ **PROBATION**

Effective Date: 8/7/00  for  6  (# Mos.)

☐ **RECOMMENDATION FOR DISCHARGE**

Mgr. Utility H.R. Services Consulted On: _____

Effective Date of Discharge _____
(ALL Department Data and Exit Ticket Must Be Forwarded to Manager - Utility H.R. Services)

☐ **SUSPENSION**

Starting _____ for _____
(Date) (# Days)

**CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:**

If employee does not improve her lateness record, the next corrective action will be further reduction in pay or discharge.

**SIGNATURES:**

EMPLOYEE: _____   DATE: _____

*Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.*
*If comments are attached, initial this box.* [ ]   *Employee is to receive a copy of this report, on request.*

IMMEDIATE SUPERVISOR: [signature]   Title: Director
Employee Number: 32204   Phone Number: (410) 787-5359   Date: 8/7/00

*Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.*

GENERAL SUPERVISOR and/or MANAGER: _____   Date: _____

Original plus 1 copy to:  DIRECTOR – Employee Relations Unit
                          303 G&E Bldg.

Retention in Corporate Folder - 3 Years

000021

Rev. 06/1999

car.doc

**IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION:**

[X] **FORMAL WARNING**

Date Given  8/7/00

[ ] **DEMOTION**

[X] **REDUCTION IN PAY**

Effective Date: 8/7/00  (See Attached)
Change Ticket Issued: _____ (Date)
New Job Title & Grade: _____

[X] **PROBATION**

Effective Date: 8/7/00  for  6  (# Mos.)

[ ] **RECOMMENDATION FOR DISCHARGE**

Mgr. Utility H.R. Services Consulted On: _____

Effective Date of Discharge _____
(ALL Department Data and Exit Ticket Must Be Forwarded to Manager - Utility H.R. Services)

[ ] **SUSPENSION**

Starting _____ for _____
(Date)   (# Days)

**CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:**

If employee does not improve her lateness record, the next corrective action will be further reduction in pay or discharge.

*I do not agree with this. I was working @ 8:00 AM @ 78 Complex ... verify same by security guard and another employee. I will contact Dave Snyder in regard to this matter.*

SIGNATURES:
EMPLOYEE: _____  DATE: 8/7/00

Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.

*If I thought for a moment that this would have been ... I never would have done so.*

If comments are attached, initial this box. [ ]

Employee is to receive a copy of this report, on request.

IMMEDIATE SUPERVISOR: _____  Title: Director

Employee Number  32204  Phone Number (410) 787-5359  Date: 8/7/00

Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.

GENERAL SUPERVISOR and/or MANAGER: _____  Date: _____

Original plus 1 copy to:  DIRECTOR – Employee Relations Unit
                          303 G&E Bldg.

Retention in Corporate Folder - 3 Years

000012

car.doc                                                                Rev. 06/1999