# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE: 9/11/00

To Employee: Phyllis M. Dettmer          Employee Number: 36545

Job Title: Sr Administrative Asst.    Grade: 26    Department: 280004

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

**FACTS:** This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.]

In the year 2000, Phyllis has been given 3 Corrective Actions due to excessive lateness. She has been on 6 month's probation since 3/27/00. She has been suspended two times, 3 days each. For the period of 1/10/00 through 9/7/00, Phyllis' attendance history has included: 32 days late, 11 sick days, 7 partial vacation days, 7 call-in vacation days, 2 partial RX days, 6 call-in RX days. In addition, Phyllis has had 6 days suspension (stated previously) and 8 scheduled vacation days.

**IMPROVEMENT PLAN:**

Phyllis must improve her attendance and start work on or before 8:00am daily.

EXHIBIT 17


Dettmer DEPOSITION EXHIBIT NO. 6  2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

| IF DISCIPLINARY ACTION IS TO BE TAKEN, COMPLETE THE FOLLOWING SECTION: | |
|---|---|
| [X] **FORMAL WARNING** <br><br> Date Given  9/11/00 | [ ] DEMOTION <br> [ ] REDUCTION IN PAY <br><br> Effective Date: _____ (See Attached) <br> Change Ticket Issued: _____ (Date) <br> New Job Title & Grade: _____ |
| [ ] **PROBATION** <br><br> Effective Date: _____ for _____ (# Mos.) | [ ] RECOMMENDATION FOR DISCHARGE <br><br> Mgr. Utility H.R. Services Consulted On: _____ |
| [ ] **SUSPENSION** <br><br> Starting _____ for _____ <br> (Date)        (# Days) | Effective Date of Discharge _____ <br> (ALL Department Data and Exit Ticket Must Be Forwarded to Manager - Utility H.R. Services) |

**CORRECTIVE OR DISCIPLINARY ACTION THAT MAY BE TAKEN IF IMMEDIATE AND SUSTAINED IMPROVEMENT IS NOT SHOWN BY EMPLOYEE:**

Phyllis will be given an additional accomodation of no discipline for attendance/lateness history for the period of 8/7/00 through 10/9/00. However, she is still expected to report to work and start work on or before 8:00am daily. All absenses, partial or full days including lateness, will continue to be documented as appropriate.

SIGNATURES:
EMPLOYEE: _[signature]_           DATE: 9/11/00

*Signifies only that employee has read this report. Employee is encouraged to prepare and attach written comments.*
*If comments are attached, initial this box.*        *Employee is to receive a copy of this report, on request.*

IMMEDIATE SUPERVISOR: _[signature]_     Title: Director
Employee Number: 32204     Phone Number: (410) 787-5359     Date: 9-11-00

*Signifies that the employee has read the above explanation of the corrective actions and has been given a full explanation of the reason(s) and has had an opportunity to present their viewpoint.*

GENERAL SUPERVISOR and/or MANAGER: _[signature]_        Date: 9/11/00

Original plus 1 copy to:   DIRECTOR – Employee Relations Unit
                           303 G&E Bldg.

Retention in Corporate Folder - 3 Years

car.doc                                                                 Rev. 06/1999