# FORMAL WARNING / CORRECTIVE ACTION PLAN REPORT

DATE:   1/30/01

To Employee: __Phyllis Dettmer__   Employee Number: __36545__

Job Title: __Sr. Administrative Assistant__   Grade: __26__   Department: __28__

SUBJECT: Corrective Action in accordance with the BGE Employee Handbook Concerning:

| FACTS: This form documents events/situations that have resulted in the following Corrective Action(s): [Include specific data such as dates, times, performance issues, results not achieved, patterns, related prior counseling or other corrective actions. For vehicular accidents, show points assessed and new cumulative totals. If action taken for unsatisfactory performance, note date of performance review. Where relevant, include information regarding the employee's past performance record.] |
|---|

Phyllis continues to demonstrate unreliability and unpredictability. Since her last Corrective Action, administered on 11/6/00 with a 5% reduction in pay and 12 months probation, Phyllis has continued to report to work after her scheduled report time of no later than 8:am. Phyllis reported to work at 8:13am on 12/6/00, 8:10am on 1/10/01, 8:02am on 1/11/01 and 8:20am on 1/30/01.

In lieu of administering to Phyllis a formal Corrective Action for her 12/6/00 lateness, a meeting was held with Phyllis to again stress the importance her reporting to work on time and to give her a final opportunity to improve her reliability. Phyllis was also granted a grace period, for improvement, up to 1/01/01. Since the 12/8 meeting, however, Phyllis was out sick on 12/26/00 & 1/05/01 and late to work on 1/10/01, 1/11/01 and 1/30/01.

Despite (5) previous Corrective Action Reports on 3/20/00, 3/30/00, 6/7/00, 9/11/00, and 11/03/00, having been administered to her Phyllis continued her irregular and unreliable level of attendance. Moreover, despite being warned and disciplined on at least 5 different occasions about this problem, Phyllis continues to fail to abide by the 8:00am required report time the no later that 8:00am required report time as set forth in the improvement plans of each of the previous (5) Corrective Action Reports administered to her.

Regular and reliable attendance is an essential job function. Phyllis continues to demonstrate unacceptable behavior in the areas of reliability and dependability. Phyllis' lack of regular and predictable attendance prevents her from meeting an essential job function.

IMPROVEMENT PLAN:   *NONE*



000008


Dettmer
DEPOSITION EXHIBIT
NO. 8  2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE