```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2
     PHYLLIS M. DETTMER,         *
 3
              Plaintiff          *
 4
         vs.                     *    CIVIL ACTION NO.:
 5
     CONSTELLATION POWER         *    MJG02-2595
 6
     SOURCE GENERATION, INC.     *
 7
              Defendant          *
 8
     *    *    *    *    *    *    *    *    *    *
 9
10         DEPOSITION OF CHRISTINE L. COMMERFORD, M.D.
11
12              The deposition of CHRISTINE L. COMMERFORD,
13   M.D. was taken in the above-captioned case on Thursday,
14   January 30, 2003, commencing at 1:05 p.m., at Frederick
15   Villa Professional Building, 5411 Old Frederick Road,
16   Suite 18, Baltimore, Maryland, and reported by Jaye
17   Hanna, RPR, a Notary Public.
18
                    EVANS REPORTING SERVICE
19                  2 North Charles Street
                    B&O Building, Suite 950
20                  Baltimore, Maryland 21201
                         (410) 727-7100
21                       (800) 256-8410
```

Exhibit 20

8

1    A    Yes. She first saw Dr. Kelly, who was a
2 member of our group at that time, and that was her
3 first visit was in '91 with Dr. Kelly.

4    Q    And after 1991 it appears that on a regular
5 basis she would come in for various illnesses or issues
6 that she had, correct?

7    A    Yes.

8    Q    And in May of 1999 she started to have a
9 problem with depression, right?

10    A    Yes.

11    Q    Okay. And did you see her that first time
12 that she came in?

13    A    I saw her that visit in May of '99.

14    Q    And when she came to you in that visit of May
15 of '99, what did she tell you what kind of problems she
16 was having?

17    A    She had multiple problems. Headache, neck
18 pain, problems with her finger, dizziness, and also
19 symptoms of depression.

20    Q    What kinds of symptoms?

21    A    She felt stressed. She felt angry. She was

9

1  irritable. She was forgetful. She was having trouble

2  concentrating. She was having trouble staying focused.

3  She was easily agitated. She felt she had no patience.

4  She was always tired. She was eating more. She wasn't

5  participating in some of her normal activities, social

6  activities. She was clenching her jaw. Those were the

7  ones that I wrote down.

8     Q    And when you say wrote down, let's mark this

9  as Exhibit 1.

10          (Whereupon, Commerford Deposition Exhibit

11 No. 1 was marked for identification.)

12    Q    I've just marked as Exhibit 1 a copy of looks

13 like office notes that were provided to me.

14         Is that what you are referring to when you

15 say you wrote things down?

16    A    Yes.

17    Q    And this is your handwriting?

18    A    Yes.

19    Q    What sort of social activities did she tell

20 you she was not engaging in?

21    A    Not bowling.

14

1   A   I recall that she worked a fair distance from
2   work and had to be on the Beltway. And the direction
3   she's going, or she was going to work on the Beltway is
4   frequently backed up. That was part of the problem.
5       But part of the problem was simply that she
6   would not get up when her alarms went off. And I say
7   alarms purposely, because she had multiple alarms.
8   Q   Did she tell you what time she was setting
9   those alarms for?
10  A   She did but I don't recall.
11  Q   Did you change her medications after February
12  of 2000?
13  A   Yes. You're speaking specifically of
14  antidepressants?
15  Q   Yes.
16  A   Okay. August 14th of 2000.
17  Q   What did you do in August of 2000?
18  A   I started tapering off her Paxil, with the
19  purpose of stopping it and starting a new medication
20  called Effexor.
21  Q   And why did you do that?

25

```
1    Q    I'm sorry, I'm confused.  What are her
2  medications at this time?
3    A    She's on Effexor XR 150 milligrams.  Do you
4  want her other medicines?
5    Q    No, just the antidepressants.
6    A    That's the only thing she's on for
7  depression.
8    Q    Ordinarily when you give a patient a course
9  of antidepressants for depression, what result do you
10 expect to see?
11   A    We hope for total resolution of the disease.
12   Q    And how long a period of time do you expect
13 that resolution to take?
14   A    It can take weeks, sometimes months, because
15 of adjusting medications.  None of these medicines work
16 quickly.
17   Q    With the Paxil, when would you expect to see
18 some change in condition?
19   A    Within four to six weeks.
20   Q    With Effexor, what period of time would you
21 expect to see some change in condition?
```

29

1  opinion that you may not be able to reach full

2  therapeutic benefit for two or three months, correct?

3      A    That's what I wrote.

4      Q    Did you ever feel that you reached full

5  therapeutic benefit after August of 2000?

6      A    Probably not until 2002.

7      Q    Why in August of 2000 did you think it would

8  take two to three months?

9      A    Because I was tapering off the Paxil and

10 starting the Effexor.

11     Q    So you expected the medication would have

12 some effect?

13     A    I was hoping it would.

14     Q    I'm going to hand you what we've marked as

15 Exhibit No. 3 and ask you if you can identify what that

16 is.

17     A    This is a letter that I wrote for Ms. Dettmer

18 December 18, 2000, to Dr. Sheila Rhodes, to answer a

19 request to clarify her disease process and what changes

20 have been going on since my last letter of August 2000.

21     Q    You wrote in this letter that you would

31

1  What did you mean by that?

2     A    There were times when she would be marked

3  late when she was literally two minutes late.  And it

4  just seemed like she was being very, very carefully

5  watched at a job that she had been at a long time.

6  It's my recollection that it was greater than 15 years,

7  maybe even 20.

8     Q    When you wrote you were requesting

9  flexibility, what did you mean?

10    A    As to her hours so that she could have,

11 instead of having to be at work real early, that if

12 they could do a flex time, where she could get in at an

13 hour that was more likely for her to reach.

14    Q    What hour would that be?

15    A    I don't recall.

16    Q    When you wrote you were requesting honesty,

17 what did you mean?

18    A    Well, she must have been telling me that she

19 was hearing different things from different people at

20 that time within the workplace environment.

21    Q    What do you mean by that?

40

1  Q   How would you define it?

2  A   Unable to function in any circumstance, and
3  she was not that bad.

4  Q   Okay.

5  A   She was not comatose or unable to get out of
6  bed. She was not, you know, unable to wash or do
7  activities of daily living. She was able to do those.
8  But her depression certainly affected her life in other
9  aspects besides her work.

10 Q   In what way?

11 A   I know that it affected her socially and
12 financially.

13 Q   How socially?

14 A   She dropped out of a number of activities
15 that she had participated in before her depression.

16 Q   Such as?

17 A   She was very active in a choir, or chorus
18 group, and bowling. And I don't recall other things,
19 but I know those two things.

20 Q   How did it affect her financially?

21 A   Terribly, to near bankruptcy.

42

1   A   She told me she was doing a fine job.

2   Q   Do you know how often Ms. Dettmer was late

3 for work?

4   A   No. All I have is the information that

5 Dr. Rhodes gave me on September 7th of 2000 when she

6 told me that Ms. Dettmer was absent a lot and late

7 frequently.

8   Q   Do you agree that depression is an illness

9 that can be nondebilitating?

10  A   Yes.

11  Q   There are different forms of depression,

12 correct?

13  A   Yes.

14  Q   What forms are there?

15  A   There are many forms, and I am not a

16 psychiatrist. I cannot go down the list for you. I

17 felt that she had a generalized depression.

18  Q   I saw a term in the medical records -- I'm

19 going to mess this up bad, Jaye is going to kill me --

20 I think it starts with a D. Looks like dysthymia?

21  A   Dysthymic.

43

1    Q    Dysthymic.  That's it.

2    A    That must have been from the psychiatrist.

3 That's not a term that I would have used.

4    Q    Do you know what that word means?

5    A    It's best to see it in the context.

6    Q    I can find it.

7    A    Here it is.  I found it.  It's from the

8 psychiatry evaluation of November 6, 2000.

9    Q    Can you explain what dysthymia is?

10    A    Depressed, sad, down.

11    Q    In my lay person explanation here, let me see

12 if I can get you to agree with me.  There is certainly

13 a spectrum of degrees of severity of depression,

14 correct?

15    A    Yes.

16    Q    And some depressions will be less severe than

17 others, correct?

18    A    Yes.

19    Q    Dysthymia would be one that was on the less

20 severe side of that spectrum, correct?

21    A    No.

44

1   Q   No? Why not?

2   A   Again, there can be degrees of that. So, you
3 know, you can be sad because you sat at a red light, or
4 you can be devastated because your mother died. So
5 there are huge degrees. He felt, that is Dr. Dvoskin,
6 the psychiatrist, felt that she was moderately
7 dysthymic.

8   Q   Were you aware of any life circumstances,
9 life events that precipitated or provoked Ms. Dettmer's
10 depression?

11   A   Again, without reviewing the chart very
12 carefully, I don't recall any. I don't recall any
13 deaths or major life events. She lives with elderly
14 parents, and I don't recall them being particularly
15 well, but nothing stands out in my memory.

16   Q   Depression is treatable, correct?

17   A   Yes, but not always curable.

18   Q   Do you believe with appropriate treatment
19 most people with depression can be helped?

20   A   Yes.

21   Q   Do you feel the course of treatment that you

45

1  gave Ms. Dettmer was appropriate?

2     A    Yes.

3     Q    Would you say that Ms. Dettmer's depression
4  made her incapable of arriving to work on time?

5     A    Probably.

6     Q    If that were true, wouldn't she be late every
7  day?

8     A    Not necessarily.

9     Q    Why not?

10    A    It's not like other diseases where you can
11 predict how it's going to progress. You can have good
12 days and bad days.

13    Q    Do you believe that allowing Ms. Dettmer to
14 come in late was medically necessary?

15    A    Yes.

16    Q    Why?

17    A    It was an accommodation for her disease
18 process.

19    Q    She wasn't late to receive treatment with
20 you, correct?

21    A    I'm sorry?

46

```
1      Q    She wasn't late because she had to come here
2  to see you, correct?
3      A    I don't recall that.  She may have had some
4  appointments in the morning, that's possible.
5      Q    Did she tell you that?
6      A    Not that I recall.
7      Q    She was never treated on an inpatient basis,
8  correct?
9      A    No.
10          MS. GAUGHAN:  Thank you.  That's all I have.
11          MR. HALL:  Do you want to explain to the
12  witness the waiver?
13          MS. GAUGHAN:  I will be happy to.
14          Dr. Commerford, you have the right to review
15  a copy of the transcript before it becomes an official
16  part of this record.  As I've explained to you before,
17  you can't change your answers, you can only correct
18  typographical errors in the transcript.
19          You have the right at this point to elect
20  whether you want to read the transcript or want to
21  waive your right to read that.  It's your choice
```