# BALTIMORE GAS AND ELECTRIC COMPANY

### P.O. BOX 1475
### BALTIMORE, MARYLAND 21203







EMPLOYEE SERVICES

THE HELPING HAND

## TO BE SIGNED BY ALL NEW COMPANY EMPLOYEES

As stated on the original Application for Employment which you completed: once employed, BG&E Co. employees must be willing to accept assignments at other work locations or sectors when required by the Company to do so.

Additionally, as an employee of this Company you must clearly understand that there is always a possibility that you may be required to work other than the stated days or hours of your assigned job. Work at different hours or on different days may be occasional or over extended periods or there may even be a change to a different regular schedule.

You have been employed by the Baltimore Gas and Electric Company to do a specific job – a job you cannot perform if you are not present, for whatever reason. It is therefore essential that absences and latenesses be kept to a minimum, and be closely observed by your supervisors.

A pattern of excessive absenteeism or lateness can interfere with the perform-ance of your duties, inconvenience your fellow employees, and make it more difficult for the Company to perform its necessary activities. If such a pattern should develop, appropriate action (such as time off without pay or even termination of employment) may be taken against any employee.

Also, it is your responsibility to call in and report to your supervisor when you are unable to report for work or will be late in reporting for work. Specific calling instructions including the proper telephone number will be given you by your supervisor.

The requirements of you as an employee as described above result from the nature of our business. We are a public utility company providing essential services to the public 24 hours a day, 7 days a week throughout the year. These services must be maintained or restored in spite of storms, huricanes, extreme heat or cold or interruptions for any other reasons. Additionally, there may be a need from time to time to provide assistance to other depart-ments or other utility companies as a result of emergencies or special work requirements.

By signing below, you signify that you have read and understood the above statements.

_____    12/12/80
Employee                            Date

_____    10/12/80
Employment Representative            Date

CPSG00025