**EXHIBIT 22**

August 31, 2000

**Ray Mosko, Ph.D., CEAP**
**Senior Clinical Psychologist**
**Constellation Energy Group**
**# 410-234-6269**
**Fax # 410-234-6338**

To: Dr Christine Commerford, MD

Ref: Ms Phyllis Dettmer

Dear Dr. Commerford

Unfortunately, at this point I have been unable to reach you by telephone.

Based partially on the information presented in your recent note, we will continue to accommodate Ms Dettmer's illness through the month of September. As you may or may not know we have made numerous accommodations and continue to do so as I write this note. Although it is clearly a business necessity for her to be at her job by 6:30-7 a.m.,[of which she has been informed both informally and formally on many occasions] her department on an interim basis has allowed her to come in at 8 a.m. Despite the latter, she has been chronically late. They do not feel that they can continue to allow her to come in to work after 8 o'clock, e.g., there have been approximately 80 plus incidents where she has not come to work as required since the beginning of this year.

Any help you could provide in accomplishing the above would be greatly appreciated.

Sincerely,

Ray Mosko

DAMIAN E. BIRCHESS, M.D.
CHRISTINE L. COMMERFORD, M.D.
SHARON J. McCORMACK, M.D.
FREDERICK VILLA PROF. BLDG.
5411 OLD FREDERICK RD., SUITE 18
BALTIMORE, MD 21229


Dettmer
DEPOSITION EXHIBIT
NO. 16   2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

D00016