EXHIBIT 23

**Damian E. Birchess, M.D.**
**Christine L. Commerford, M.D.**
**Sharon J. McCormack, M.D.**

Frederick Villa Professional Bldg.
5411 Old Frederick Rd., Suite 18
Baltimore, MD 21229

December 18, 2000

Dear Dr. Sheila Rhodes

This letter concerns Ms. Phyllis Dettmer and is at her request to clarify her disease process and the changes that have occurred since my last letter of Aug. 21, 2000.

Ms. Dettmer's diagnosis has not changed. She is still being treated for depression. Her symptoms have improved with medication and counseling (by Robin Haller, Phd) but as is often the case, they have not been completely eradicated. She continues to have low energy, sad mood, hypersomnia, difficulty getting up in the morning, poor motivation, some irritability, and some anxiety. At her most recent visit of 12/09/00, a second anti-depressant, Wellbutrin, has been added to her medications to try to minimize her symptoms of depression.

We would appreciate your help in seeking accomadations for Ms. Dettmer so that her job can be a source of support in her life. Ms. Dettmer clearly has a serious condition and she is working very hard to regain her health. Stress in the form of fear over the possible loss of her job is a major factor in her current disease process. Encouragement, fairness, flexibility, and honesty at her work place will benefit her greatly.

I continue to be optimistic about her prognosis and, as I have said, we have seen improvement in the last few months.

Sincerely,

*[signature]*

Christine L. Commerford, M.D.

CLC:mrc

DAMIAN E. BIRCHESS, M.D.
CHRISTINE L. COMMERFORD, M.D.
SHARON J. McCORMACK, M.D.
FREDERICK VILLA PROF. BLDG.
5411 OLD FREDERICK RD., SUITE 18
BALTIMORE, MD 21229

ΔπEXHIBIT 3
Deponent
Date 1-30-03  Rptr. JH
WWW.DEPOBOOK.COM