1/31/01  Phyllis

– Got fired yesterday    20 min late, rain made commute
~ 11:30 today, –  " to go see Joanne + boss escorted her there + back. They met in Dave's office.
"I maintained my professionalism and my composure."

– P. sent e-mails this a.m. requesting copies of <u>all</u> her files. Only Ray Mosko responded + she had to go + signed release to send info Dr. Cummerford.

 "" "later"

P. has retained a lawyer already
– Already filed for unemployment

This means no meds, no health ins. & no therapy. Will return when new ins.
"I may just be a whole lot better now that I'm out of there."

"I'm making myself be strong."

"I got kicked   The front row of today. They know last week"      Laury