

**Damian E. Birchess, M.D.**
**Christine L. Commerford, M.D.**
**Sharon J. McCormack, M.D.**
Frederick Villa Professional Bldg.
5411 Old Frederick Rd., Suite 18
Baltimore, MD 21229

August 21, 2000

Dear Ms. Williams,

This letter concerns Ms. Phyllis Dettmer and is in response to your request for information about her psychiatric diagnosis and treatment.

I have known Ms. Dettmer since 1991. However, beginning in May of 1999, I began treating her for depression with Paxil, an antidepressant. She had recently seen a counselor. Over the next few months she gradually improved. However, in January and February she noted a worsening of symptoms and her medication dosage was increased.

Again recently a change has been warranted due to insufficient control of symptoms so she is in the process of tapering off the Paxil and starting Effexor.

We may not be able to reach full therapeutic benefit for 1 to 3 months. I will continue to treat and monitor her medication and she has recently begun seeing a new counselor.

We hope with this new regime to see marked improvement in her symptoms of hypersomnia, fatigue and anhedonia.

Sincerely,

Christine L. Commerford, M.D.

CLC:mrc