


CW 36545

| 7 CHARTLEY PARK ROAD | **JAMES F. DASINGER, Ed.D.** | LICENSED PSYCHOLOGISTS |
| REISTERSTOWN, MD 21136 | **AND ASSOCIATES** | JAMES F. DASINGER, Ed.D. |
| 410-833-0220 | PSYCHOLOGICAL SERVICES | ROBIN M. HALLER, Ph.D. |
| 410-833-0221 FAX | | LAURA JUNE, Ph.D. |

December 8, 2000

Re: Phyllis Dettmer

Dear Dr. Sheila Rhodes:

Phyllis Dettmer has been a patient of mine for several months now, and is suffering from both Dysthymic Disorder(DSMIV 300.4) and Major Depressive Disorder, Single Episode(DSMIV 296.2). As I am sure you are aware, depression can include symptoms of hypersomnia, daily fatigue and energy loss, and psychomotor retardation. Ms. Dettmer does experience these symptoms, and they are very likely the cause of her inability to be at work on time consistently. Depression is an illness, and can be treated. Ms. Dettmer is in psychotherapy and taking medication. Her tardiness at work is not something over which she has complete control, and it is my professional opinion that she should not be penalized for this.

I hope this information is helpful to you. Please feel free to call me should you have any questions.

Sincerely,

Robin Haller, Ph.D.
Licensed Psychologist

Case # 707003