

EXHIBIT
27

Rhodes
DEPOSITION EXHIBIT
NO. 6   2/2/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE

# ARUNDEL PSYCHIATRIC ASSOCIATES

### 1406-B CRAIN HIGHWAY SOUTH, SUITE 301
### GLEN BURNIE, MARYLAND 21061
### TELEPHONE (410)-760-5588
### FAX (410)-760-9727

Phillip B. Dvoskin, M.D.
*Diplomat of the American*
*Board of Psychiatry and Neurology*

## Psychiatric Evaluation

Name: Phyllis Dettmer
Date of examination: November 6, 2000
Date of birth:

## Identifying Information

Ms. Dettmer was referred by the Medical Department Constellation Group for evaluation because of frequent lateness impairing her work performance. She was interviewed for one hour. There was no accompanying medical records.

## Presenting Picture

Phyllis Dettmer is a forty-three year old white female. She reported experiencing depressive symptoms for the past three to four years. These symptoms included a decrease in motivation, a lack of enthusiasm, insufficient energy to pay her bills, irritability, sadness, excess sleep, decreased concentration, and on one occasion suicidal ideation. Ms. Dettmer sought no treatment for this difficulty until one year ago when she began to see Dr. Ray Mosko at the Constellation Energy Group. Subsequently, she transferred her outpatient psychotherapy care to Robin Hower. During this past year Ms. Dettmer has been placed on antidepressant medication by her primary care physician, Christine Commerford. Initially, Ms. Dettmer was on Paxil 40 mgs daily. She was on that medication for several months and noted that it decreased her irritability. She stopped the medication because of complaints of lateness at her work as she was having difficulty getting out of bed in the morning. She has since been switched to Effexor SR 150 mg daily. She has been on that medication since early September. Lateness problems apparently persist.

Ms. Dettmer indicated that currently she is sleeping through the night but wakes fatigued. She has experienced "violent, weird dreams" for a number of months now. Her appetite is excessive, but her weight has been stable for the last five years. She noted that her concentration has been impaired as has her energy and her interest. Her mood is described as, "quiet, isolating" with some irritability and crying spells. There is no history of previous mental health treatment or substance abuse or alcohol treatment, other than noted above.

-2-

## Past History

Ms. Dettmer is the oldest daughter of four siblings. She has one older brother. Both parents are living. Her father is described as an alcoholic, but also "the kindest person I know". Family history is also positive for alcoholism in the paternal grandfather. Although, Ms. Dettmer describes the family as close and indicated that growing up there was "a lot of love in the home". She noted several incidences of sexual molestation at the hands of various relatives. Additionally, she reported that an attempt had been made to rape her when she was thirteen. She had never reported this to the police, and the same perpetrator attempted a second time as well. Although this was reported to her mother, no action was taken and the issue was never discussed.

Ms. Dettmer graduated from high school. She was a C student. She denied any disciplinary actions. She was never in the military. Ms. Dettmer's work history is dominated by twenty years at BGE. She has held her current position as a Senior Administrative Assistant for five to six years. She experiences a sense of conflict with her boss and complains of being bored with her job. Ms. Dettmer has never been married and has always lived with her parents. She has no children. She had a fifteen year relationship with a man whom "I never fell in love with". "It always felt dirty". Thatrelationship has long ended and she has had a current relationship with a woman age forty-five, which she dates to six years ago. That relationship has been more distant and turbulent in the past two years, and for the past year has been described as platonic. Ms. Dettmer acknowledges that the distancing in this current relationship has been " a blow to me".

Regarding her physical health, Ms. Dettmer reported that she suffers arthritis in her neck, back, hands, and feet. Additionally she has suffered from diverticulosis, and high blood pressure. Her current medications include Effexor SR 150 mgs daily, Microzide for high blood pressure, as well as, birth control pills, which she uses for menstrual regulation. Ms. Dettmer minimized her alcohol use, although her history is positive for several episodes of hang over, and atleast on one occasion, a black out. There is no significant drug history.

-3-

Mental Status Examination

Ms Dettmer came to the interview cooperatively. She was verbal and goal directed. Her mood was moderately dysthymic. he was animated and verbal. There was no frank evidence of halucinatory or delusional material, although, she was concerned that her boss was "out to get me". She noted that her boss had "suddenly changed my flex time. She gave me two disciplinary actions and ignored my history of depression." There was no indication of suicidal or homicidal ideation and her cognition was intact.

Diagnostic Impression
      Axis I:   Major Depression, Single Episode, Chronic – 296.22
      Axis II:  Deferred
      Axis II:  Hypertension, Arthritis.
      Axis IV:  Relationship Issues
      Axis V:  60

Discussion:

Phyllis Dettmer is a forty-three year old white female referred for psychiatric evaluation by Dr. Ray Mosko, Constellation Energy Group, Medical Department. She presents a three plus year history of the present symptoms manifest by mood disturbance, lack of motivation and energy, isolation, irritability, and impaired concentration. There is a significant family history for biological antecedents to depression, as well as, traumatic life events. In the past several years there has been increasing difficulty in her personal relationships, which she experiences with a sense of loss.

Currently, Ms. Dettmer is in psychotherapy and receiving antidepressant medication from her primary care physician. Significant issues involving dependency / independency struggles, as well as intimacy issues were noted, and hopefully being addressed in her psychotherapy. Ms. Dettmer indicates that she is having about a fifty-percent response to her current medication regime of Effexor SR 150 mg daily. It is recommended that her medication be significantly increased. Should she fail to tolerate an increase on her current Effexor dose, consideration of the addition of a Norepinephrine agent such as Wellbutrin should be considered. Additionally, it is suggested that laboratory studies involving thyroid testing and B-12 levels be accomplished to ensure that deficiencies in these areas are not contributing to her current lethargic depression.

-4-

I reviewed these recommendations with Ms. Dettmer and she plans to return to Dr. Commerford to discuss her options. I have encouraged her to discuss with Dr. Commerford a referral for psychiatric follow up of her medication management.

In this examiners opinion Ms. Dettmer's tardiness at work reflects her continued depression with a.m. fatigue and lack of motivation as well as her conflict with her supervisor and her sense of vulnerability in that arena. Modification of her medication may help form her. She will need to resolve the latter in her therapy, and perhaps, reestablish a positive relationship with her supervisor directly. Flex time at work will assist her as a temporary accomodation.

Repectfully submitted,

Philip B. Dvoskin, M.D.

PBD/mmc