**Dettmer, Phyllis M**

| | |
|---|---|
| From: | Dettmer, Phyllis M |
| Sent: | Thursday, December 07, 2000 3:20 PM |
| To: | Rhodes, Sheila |
| Cc: | Lingner, Joann; Snyder, David T; Lewis, Cynthia T |
| Subject: | Case 707003 |

EXHIBIT 28

Dr. Rhodes,

Due to my documented Major (lethargic) Depression by 3 seperate doctors whom by the way have never conversed:
Dr. Christine Commerford
Dr. Robin Haller
Dr. Phillip Dvoskin

I am formally requesting intermittent FMLA while I continue treatment for major depression. Although there has been improvement due to medication changes and continued therapy, I have a very long way to go. Unfortunately, due to the work issues, my therapist and I have not been able to work on anything but trying to "put out fires".

I informed my supervisor, JoAnn Lingner, of my health many many months ago; I believe when being issued my first corrective action. I was quite disappointed many months later to find that she had never discussed my health issue with the department manager while continuing to give information regarding my inablilty to arrive at my work location by the designated time. One would think that after nearly 20 years of service an employee would be given the flexability needed to work through their serious health issues to be able to continue their service in a productive manner.

Again, I am requesting intermittent FMLA while diligently working to improve my health. Please respond in writing to this request as soon as possible. Thank you for your prompt attention to this matter.

Sincerely,
Phyllis M. Dettmer

D00004

Dettmer
DEPOSITION EXHIBIT
NO. 9  2/3/03
CARI M. INKENBRANDT, RPR
EVANS REPORTING SERVICE