08/30/00   08:34   4107875428   HEALTH SVCS,FT.SMALLWOOD,CEG → G&E MED   NO.319   P01





EXHIBIT 32

**JAMES F. DASINGER, Ed.D. AND ASSOCIATES**
PSYCHOLOGICAL SERVICES

7 CHARTLEY PARK ROAD
REISTERSTOWN, MD 21136
410-833-0220
410-833-0221 FAX

LICENSED PSYCHOLOGISTS
JAMES F. DASINGER, Ed.D.
ROBIN M. HALLER, Ph.D.
LAURA JUNE, Ph.D.

8/20/00

To Whom It May Concern:

Phyllis Settmer has been a patient for psychotherapy since July 26, 2000. _ _ is _sed with DSM IV 300.40, Dysthymic _rder; and DSM IV 296.2, Major Depressive Disorder, _ Episode. Based on the diagnostic criteria for these disorders, it is certainly appropriate to attribute Ms. Settmer's chronic tardiness to her psychological condition rather than to voluntary oppositional behavior.

I hope this information is useful to you.

Sincerely,

Robin Haller PhD
Licensed Psychologist

AGW 707003
CN 707003
EN 36545