IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PHYLLIS M. DETTMER | * | |
| Plaintiff | * | |
| v. | * | |
| CONSTELLATION POWER SOURCE GENERATION, INC. | * | Civil Action No. MJG02-2595 |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \*

**NOTICE OF CHANGE OF ADDRESS**

Please note the following address, phone number, fax number and e-mail address change for Barbara A. Gaughan, counsel for Constellation Power Source, that will be effective April 28, 2003:

Barbara A. Gaughan
Constellation Energy Group
750 East Pratt Street, 5th Floor
Baltimore, Maryland 21202
Barbara.A.Gaughan@Constellation.com
410-783-3086
410-783-3299 - fax

   */s/ Barbara A. Gaughan*
Barbara A. Gaughan
Trial Bar No. 05050
P.O. Box 1475
Baltimore, Maryland  21203
Barbara.A.Gaughan@Constellation.com
410-234-6869
410-234-5840 (fax)

Attorney for Defendant,
Constellation Power Source Generation, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April 2003, the Notice of Address Change was electronically mailed to Ralph E. Hall, Jr., Esquire, 224 North Adams Street, Rockville, Maryland 20850, Attorney for Plaintiff.

*/s/ Barbara A. Gaughan*