UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

September 8, 2003

Ralph Edward Hall, Jr., Esquire
224 North Adams Street
Rockville, Maryland   20850

Barbara A. Gaughan, Esquire
Baltimore Gas and Electric Company
P O Box 1574
Baltimore, Maryland   21203

Subject: *Phyllis Dettmer v. Constellation Power Source Generation, Inc.*
Civil No. MJG-02-2595

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Wednesday, September 10, 2003, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Tuesday, December 9, 2003, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of March 28 (attached), should arrive in chambers no later than Tuesday, December 2, 2003.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge


JKB/cw
Attachment:  as described
cc:   The Hon. Marvin J. Garbis
      Chambers file
      Court file

U.S. District Court (Rev. 9/2001)